**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                        (State)

Case number (*if known*): _____ Chapter __7__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**
   X-Vax Technology, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)
   8 1 _ 0 7 5 3 3 7 0

4. **Debtor's address**

   **Principal place of business**

   3507 Kyoto Gardens Dr., Suite 310

   Number    Street

   _____

   Palm Beach Gardens, FL 33410
   City                    State    ZIP Code

   Palm Beach County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____

   _____
   City            State    ZIP Code

5. **Debtor's website** (URL)

| Debtor | X-Vax Technology, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **X-Vax Technology, Inc.**                                      Case number *(if known)* _____
          _____
          Name

---

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No

    ☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

                District _____  When _____  Case number _____
                                            MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No

    ☐ Yes.  Debtor _____  Relationship _____

                District _____  When _____
                                                          MM / DD / YYYY

                Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                  Number      Street

                                  _____

                                  _____    _____
                                  City                                State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

                Contact name _____

                Phone _____

---

### Statistical and administrative information

---

Debtor    X-Vax Technology, Inc.
_____    Case number *(if known)*_____
        Name

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/21/2023
            _____
            MM / DD / YYYY

✗ *Ulf Wiinberg*    Ulf Wiinberg
_____    _____
Signature of authorized representative of debtor    Printed name

Title    CEO
        _____

---

| Debtor | X-Vax Technology, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖ /s/ William D. Sullivan

Signature of attorney for debtor

Date  11/22/2023

MM / DD / YYYY

William D. Sullivan

Printed name

Sullivan Hazeltine Allinson LLC

Firm name

919 North Market Street, Suite 420

Number        Street

Wilmington, DE 19801

City

State    ZIP Code

(302) 428-8191

Contact phone

bsullivan@sha-llc.com

Email address

2820

Bar number

DE

State

# X-VAX TECHNOLOGY, INC.

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS
## IN LIEU OF MEETING

In accordance with Section 141(f) of the Delaware General Corporation Law (the "**DGCL**"), the undersigned, constituting the sole members of the Board of Directors (the "**Board**") of X-Vax Technology, Inc., a Delaware corporation (the "**Company**"), hereby adopts the recitals and resolutions set forth on **Annex A** hereto effective as of the date this written consent has been executed by the undersigned directors.

A copy of this written consent that is signed and delivered by telecopy or other facsimile transmission shall constitute an original, executed written consent.

**DIRECTORS:**

Date: 11/8/2023

*Ian Clark*
Ian Clark

Date: 11/8/2023

*Glenn Rockman*
Glenn Rockman

Being the sole members of the Board of Directors of X-Vax Technology, Inc.

**ANNEX A**

## X-VAX TECHNOLOGY, INC.

---

**RESOLUTIONS ADOPTED BY UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS
IN LIEU OF MEETING**

---

### APPROVAL OF BANKRUPTCY FILING

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, and credit market conditions; and

**WHEREAS**, the Board has had the opportunity to fully consider the strategic alternatives available to the Company and the potential impact of such alternatives on the Company's business, its creditors, its shareholders, and other parties in interest:

**NOW, THEREFORE, BE IT RESOLVED** that, in the good faith business judgment of the Board, after careful consideration of the lack of available alternatives, it is desirable, necessary and in the best interests of the Company and its creditors, as well as other interested parties, including its shareholders, employees and vendors, that a voluntary petition (the "***Petition***") be filed by the Company under the provisions of Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the Company shall be, and hereby is, authorized to (a) file a voluntary petition (the "Petition") for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware or such other court as the Designated Person (defined below) shall determine to be appropriate (the "Bankruptcy Court"); and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the forgoing; and it is further

**RESOLVED**, that the Chief Executive Officer (the "Designated Person") shall be, and acting alone, hereby is, authorized, directed, and empowered on behalf of, and in the name of, the Company to: (a) execute and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents as the Designated Person, in his discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Person); (b) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing or to administer the Company's chapter 7 case, in such form or forms as the Designated Person may approve; (c) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 7 case,

in such form or forms as the Designated Person may approve; and (d) take such additional actions as are necessary or appropriate for the Company to perform all of its obligations under Chapter 7 of the Bankruptcy Code; and it is further

**RESOLVED**, that the Designated Person shall be, and is hereby authorized, directed and empowered to retain, on behalf of the Company, Sullivan Hazeltine Allinson LLC, Sullivan & Worcester LLP, and such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in the Designated Person's judgment may be necessary in connection with the Company's chapter 7 case or other related matters, on such terms as the Designated Person shall approve; and it is further

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Designated Person, the Designated Person, acting alone, hereby is authorized, directed and empowered in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, included filing fees, in each case as the Designated Person's judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken or to be taken by the Company or the Designated Person in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions previously performed by the Designated Person, the Company's management, the Company's professionals, and/or the Board, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the executions of these resolutions, are hereby in all respects confirmed, approved and ratified.

* * * * *

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:  X-Vax Technology, Inc.                       Case No.  23-                    (    )
         Debtor(s)                                          Chapter    7

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for *X-Vax Technology, Inc.,* .in the above-captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interest, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

November 22, 2023                          */s/ William D. Sullivan*
                                        *Attorneys for X-Vax Technology, Inc.*

DocuSign Envelope ID: 17A4449A-AB58-45B9-AA68-D26CF9845836

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| X-Vax Technology, Inc. | ) | Case No. 23-        (      ) |
| | ) | |
| Debtor. | ) | |

## <u>VERIFICATION OF LIST OF CREDITORS</u>

The attached consolidated list of creditors (the "Creditor List") of the above captioned debtor (the "Debtor") constitutes, subject to the qualifications below, a full and complete list of the name and address of each known creditor of the Debtor. This list is being filed pursuant to 11 U.S.C. 521, Rules 1007 and 1008 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. LR 1007-1(a). The Debtor reserves the right to file an amended or supplemental list of creditors. The Creditor List is based upon the internal bookkeeping records of the Debtor and is accurate to the best of the Debtor's and the undersigned's knowledge, information and belief, subject to further review.

I, Ulf Wiinberg, CEO of X-Vax Technology, Inc., declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  November 22, 2023

DocuSigned by:

*Ulf Wiinberg*

6AE9BD9F5801407...

Ulf Wiinberg
CEO
X-Vax Technology, Inc.

1Source Partners
701 S. Howard Ave, Ste 203
Tampa, FL 33605
Attn: Paul DeGance

A R Properties
3419 Via Lido #262
Newport Beach, CA 92663
Attn: Randall J. Repp

Acestata
11602 Broad Green Ct.
Potomac, MD 20854
Attn: Hefei (Harry) Young

Adamava Enterprises, LLC
4516 Nina Lane
Middleton, WI 53562
Attn: Mark L. Schiebler

Adjuvant Global Health Technology Fund DE,
L.P.
500 5th Ave, Ste 5120
New York, NY 10110
Attn: Glenn Rockman

Adjuvant Global Health Technology Fund, L.P.
500 5th Ave, Ste 5120
New York, NY 10110
Attn: Glenn Rockman

Adjuvant HSV, LLC
500 5th Ave, Ste 5120
New York, NY 10110
Attn: Glenn Rockman

ADP
PO Box 842875
Boston, MA 02284
Attn: Anna Flores

AHM Gift Trust Thomas G. Mendell TTEE
911 Park Ave, Apt. 12B
New York, NY 10075
Attn: Thomas Mendell

AJ Grey & Company
6320 Canoga Ave, 17th Floor
Woodland Hills, CA 91367
Attn: Andrew Grey

AKD Enterprises, LLC.
Box 8678
Rancho Santa Fe, CA 92067
Attn: Maryanne Sorge

Alan Mendelson
52 Berwyn Road
West Hartford, CT 06107

Albert Einstein Coll. of Medicine, MTDF
1300 Morris Park Avenue, Belfer 1105
Bronx, NY 10461
Attn: Angela Matos

Albert Einstein College of Medicine
Office of Biotechnology & Business Dev.
1300 Morris Park Avenue, Belfer 908
Bronx, NY 10461
Attn: Janis Paradiso

Albert Gentile Hiedi Lyn Gentile JT
5 Mountain Ave
Mayfield, NY 12117
Attn: Albert Gentile

Alexandria Venture Investments, LLC
385 E Colorado Blvd., Suite 299
Pasadena, CA 91101
Attn: Aaron Jacobson

Alfred Z. Spector
45 Iden Ave.
Pelham Manor, NY 10803

Ali El-Mohandes
11248 Eastwood Dr.
Hagerstown, MD 21742

Allan Lipkowitz Revocable Trust Aug 26, 2005
2686 Anza Trail
Palm Springs, CA 92264
Attn: Allan Lipkowitz

Alok Agrawal & Aruna Agrawal
18841 SW 41st Street
Miramar, FL 33029
Attn: Alok Agrawal

Andrew D. Skibo Leslie J. Skibo
7608 Exeter Rd.
Bethesda, MD 20814
Attn: Andrew D. Skibo

Angelo Moesslang Monika Moesslang
151 Beacon St
Boston, MA 02116
Attn: Angelo Moesslang

Anthony Daulerio
4008-B Burry Port Way
Mount Laurel, NJ 08054

Antonio Ferrara
2 Rothbury Close
Arnold, Nottingham,  NG5 8UE
UK

Anwar Sultan Al Essa
Albidaa, Block 13, Street 25, House 21
Kuwait,
Kuwait

Aragen Bioscience Inc
380 Woodview Ave
Morgan Hill, CA 95037
Attn: Accounting

Aria Davodi
1817 Via Coronel
Palos Verdes Estates, CA 90274
Attn: Arya Davodi

Arnold Oronsky
28540 Matadero Creek Ln.
Los Altos Hills, CA 94022

Arnold Penner & Madeline Berley Penner
232 East 63rd St.
New York, NY 10065
Attn: Arnold S. Penner

Arnold T Hagler Separate Property Trust
545 Bonair Way
La Jolla, CA 92037
Attn: Arnold T. Hagler

ArteFin GmbH
Meinekestr. 5
Berlin, 10719
Germany
Attn: Steffen Naumann

B Kristine Johnson Trust
366 Ferndale Road South
Wayzata, MN 55391

Bader Sultan & Bros Co W.L.L.
P.O. Box 867
Safat, 13009
Kuwait
Attn: Emad Al Zaben

Ballycurnane Holdings Limited
Ballycurnane House, Ballyorban Road
Monkstown, Cork T12VF5F
Ireland
Attn: Alan Duggan

Barry Feuer
198 Trenor Drive
New Rochelle, NY 10804

Barry Kappel
2 Overhill Road, Suite 400
Scarsdale, NY 10583

Barry L. Skolnick
4775 Collins Ave, Apt 4405
Miami Beach, FL 33140

Batia Cross  Jeffrey Wayne Cross
818 Crown Park Avenue
Gaithersburg, MD 20878
Attn: Jeffrey Wayne Cross

Benjamin King
217 32nd Place
Manhattan Beach, CA 90266

Benny Hakim
805 N. Olive Ave, #626
West Palm Beach, FL 33401

BES Investments, LLC
c/o Satz Law Group LLC
230 Passaic Ave, 1st floor
Fairfield, NJ 07004
Attn: James Bergin

Bharat Ramlochan Tewarie
163 Homestead Lane
Hanover, MA 02339

Biotech Mountains BV
Groenerein 44
Cadier en Keer,  6267 BN
Netherlands
Attn: Alexander Vos

Blobel Family 2003 Trust
754 Ashby Drive
Palo Alto, CA 94301
Attn: Friedhelm Blobel

BNCHRE, LLC
3129 Gough St
San Francisco, CA 94123

Bradford Paskewitz
1511 Ave Ponce De Leon, Apt 187,
San Juan, PR 909
Puerto Rico

BrevisRefero Corporation
9688 Regional Rd 25
Milton, ON L9T 2X7
Canada
Attn: Terrance Cochrane

Brian Thebault
95 Sand Spring Rd
New Vernon, NJ 07976

C Barnes Darwin II
98 Trinity Oaks Cir
The Woodlands, TX 77387

Calvo Clinical Sciences, LLC
4328 Asherton Drive
Charlotte, NC 28226
Attn: Michael Schwartz

Cantor Colburn LLP
CL# 400011 P.O. Box 5046
New Britan, CT 06050
Attn: Kandy Pelletier

Carl Frederick Ware
1038 Santa Queta
Solana Beach, CA 92075

CGG Investments LLC
2502 Avenue I
Brooklyn, NY 11210
Attn: Gary Gelbfish

Chandrakant J. Panchal
19500 Rue Du Sulky, Apt. 405
Pierrefonds, Quebec,  H9K 05B
Canada

Charles F. Brinkley
230 Boo Hollow Lane
Taylorsville, NC 28681

Charles J. Keefe
2 Knollwood Dr
Old Saybrook, CT 06475

Charles L. Dickson and Nancy A. Gillett
1995 Rev. Trust
4520 W Phantom Hill Road
Prescott, AZ 86305
Attn: Nancy A. Gillet

Charles Pieper
721 Old Post Road
Cotuit, MA 02635

Charles River Laboratories, Inc.
251 Ballardvale St
Wilmington, MA 01887
Attn: Accounting

Christian A. O'Mara
4711 Imogene St.
Houston, TX 77096

Christian Ray Storm
3848 Happy Valley Road
Lafayette, CA 94549

Christopher A. Basta Lorraine Basta
18 Peppermill Ln
Dix Hills, NY 11746
Attn: Christopher Basta

City of Palm Beach Gardens
10500 N. Military Trail
Palm Beach Gardens, FL 33410
Attn: Rose Futch

Clayton A. Struve
175 W. Jackson Blvd., Ste 440
Chicago, IL 60604

Cohen Family Trust of 2000
9109 Hagen Dr
Beverly Hills, CA 90210
Attn: Michele Pietra-Cohen

Coleman Family Protection Trust
4911 Columbia Road, Apt. F
Columbia, MD 21044
Attn: Mark H. Coleman, MD

Comcast
141 NW 16th St
Pompano Beach, FL 33060
Attn:  Accounting

Connectivity Capital Partners LLC
51 West 52nd Street, 12th Floor
New York, NY 10019
Attn: Jaahred Thomas

Connectivity Ventures Fund, LP
51 West 52nd Street, 12th Floor
New York, NY 10019
Attn: Jaahred Thomas

Corey L. Grossman
32 River Road Drive
Essex, CT 06426

CSC
251 Little Falls Drive
Wilmington, DE 19808
Attn: Accounting

Cynthia Gertz-Chamie  Karim Chamie
166940 Encino Hills Drive
Encino, CA 91436
Attn: Karim Chamie

Daniel B. Erlanger Beth L. Erlanger
1696 Northgate Dr
Pittsburgh, PA 15241
Attn: Daniel B Erlanger

Daniel Gologorsky
4305 North Jefferson Avenue
Miami Beach, FL 33140

Daniel James Grellner
4003 Boden Lane
Springs, TX 77386

Daniel Johnathan Blech Trust
c/o 3171 Route 9 North, #335
Old Bridge, NJ 08857
Attn: Isaac Blech

Daniel P. Petro
2126 N Villa Ct.
Gibsonia, PA 15044
Attn: Daniel P. Petro

David Augustine
7120 English Creek Ave
Egg Harbor Township, NJ 08234

David Berger & Adrianne Saffir Berger
4620 North Braeswood Blvd, Apt. 73
Houston, TX 77096
Attn: David Berger

David E. Brook
6 Duston Lane
Acton, MA 01720

David Frydrych
3 Northgate Plaza
Harmony, PA 16037

David Heskiaoff Serperate Family Trust
120 S Burlingame Ave
Los Angeles, CA 90049
Attn: David Heskiaoff

David R. Chamberlin
1155 Canyon Blvd., Unit 404
Boulder, CO 80302

David S. Nagelberg 2003 Revocable Trust
939 Coast Blvd. Unit 21 DE
La Jolla, CA 92037
Attn: David Nagelberg

David Salle
81 Hanson Place
Brooklyn, NY 11217

David Schneider
208 Porto Vecchio Way
Palm Beach Gardens, FL 33418

Deborah Shane
11 Old Army Road
Scarsdale, NY 10583

Diati Staffing, LLC
1040 N Kings Highway, Ste 625
Cherry Hill, NJ 08034
Attn: Accounting

Donald Sesterhenn
3410 Raymond Ct.
Mount Pleasant, WI 53405

Donna M. Kohl, Trustee for Trust dated
June 27, 2019
364 21st Street
Santa Monica, CA 90402
Attn: Donna M. Kohl

Dr. Steve and Jan Richards
2621 Francis Sites Dr
Spirit Lake, IA 52360
Attn: Stephen D. Richards

E.L. II Properties Trust UAD 7/01/83
10866 Wilshire Blvd., Ste 1500
Los Angeles, CA 90024
Attn: Robert Kopple

Edward William Charrier
2808 Montebello Rd., Unit 3
Austin, TX 78746


Edwin W Colman Children's Trust
PO Box 7370
Ketchum, ID 83340
Attn: Robert S. Colman

Eggert, Andreas
Am Zirkus 18, Apt. 5.08A
Berlin,  10117
Germany

Eldar Investments, LLC
P. O. Box 200
Bar Harbor, ME 04609
Attn: Charles Sidman


Emad Al Zaben Revocable Trust
1614 Parkhurst Square
San Diego, CA 92130
Attn: Emad Al Zaben

Emanuel E. Geduld
279 Central Park West, Apt. 12A
New York, NY 10024

Erasmo Capital Ltd.
Suite 6, Mill Mall, Wickams Cay 1,
Road Town, Tortola,
British Virgin Islands
Attn: Ronish Baxter


Eric Prescott Campbell
334 Hidden Pines Rd.
Del Mar, CA 92014

Ernst & Young US LLP
200 Plaza Drive
Secaucus, NJ 07094
Attn: John Marasco

Eschenburg Perez, Dana
2335 Bellarosa Circle
Royal Palm Beach, FL 33411


eShares, Inc. DBA Carta, Inc.
333 Bush Street, Ste 2300
San Francisco, CA 94104
Attn: Jim Bickel

Estate of Samuel Robert Nussbaum
21 Southmoor Dr.
Clayton, MO 63105
Attn: Rhoda Kahn Nussbaum

Esther Dyson
632 Broadway, 10th Floor
New York, NY 10012


FB Ventures LLC
1 N. La Salle, Suite 2100
Chicago, IL 60602

FF DSF VI, LLC
One Letterman Drive, Building D, 5th Fl.
San Francisco, CA 94129
Attn: Neil Pai

Frank & Jana Misselwitz
Wielandstr. 15
Heidelberg,  69120
Germany


Frost Gamma Investments Trust
4400 Biscayne Blvd.
Miami, FL 33137
Attn: Phillip Frost, M.D.

Fujifilm Diosynth Biotechnologies Texas
3939 Biomedical Way
College Station, TX 77845
Attn: Accounting

G. Jan Van Heek
5 Ocean Drive
Punta Gorda, FL 33950


Gardens Pointe Professional Building
aka Sunnyfield South
3507 Kyoto Gardens Drive
Palm Beach Gardens, FL 33420
Attn: Natalie Delisle

Garfinkle Revocable Trust
13783 E. Gail Rd.
Scottsdale, AZ 85259
Attn: Morris Garfinkle

Gary M. Ferman
7389 Byrons Way
Naples, FL 34113


GD Scientific & Medical Writing LLC
1311 Grenox Rd.
Wynnewood, PA 19096
Attn: Guissou Dabiri

Gerald A. Tomsic, Trustee of the
Gerald A. Tomsic Revocable Trust
135 S Jackson St., Suite 200
Glendale, CA 91205
Attn: Donald A. Tomsic

Gerard J. Daher Revocable Trust
2300 Stillman Rd.
Cleveland Heigh, OH 44118
Attn: Gerald J. Daher


Gideon Bollag
168 Alice Ln.
Orinda, CA 94563

Gillard Family Intervivos Trust
1199 Summit Rd.
Montecito, CA 93108
Attn: Stuart Gillard

Girls Night Out LLC
800 Westchester Ave., Ste. S-618
Rye Brook, NY 10573
Attn: Nedenia C. Rumbough

Glenn P. Muir
19 Dane Rd.
Lexington, MA 02421

Golden Investment Company, LP
12 E 49th St., 41st Floor
New York, NY 10017
Attn: John Golden

Goldener Westen GmbH
Frankfurter Tor 8
Berlin,  10243
Germany
Attn: Arne Keunecke

Graham Burton
4005 Indian River Drive
East Vero Beach, FL 32963

Grant G. Heller
6 Forest Dr
Westport, CT 06880

Great Lakes Investment Co
2125 Forestlake Dr
Anderson, OH 45244
Attn: Thomas Carrigan

Greenway Capital, LP
PO Box 30386
Kansas City, MO 64112
Attn: Robert K. Green

Gregory Borenstein
115 West 71st St., Apt. 2B
New York, NY 10023

Gregory H Blaine
393 Marina Blvd.
San Francisco, CA 94123

Gregory Ross Guarasci
1070 Transit Road
Victoria, BC V855A2
Canada

Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, MA 01742
Attn: John L. DuPre

Harvey Lang
783 Montgomery St.
Brooklyn, NY 11213

Helane B. Goodman  Steven Goodman
5 Hemlock Drive
Glen Head, NY 11545
Attn: Steven Goodman

Helicase Venture Fund I, L.P.
One Beacon St., 15th Floor
Boston, MA 02108
Attn: Richard Tsai

Hennessey, John P.
1007 Stonebridge Road
Lower Gwynedd, PA 19002

Henry Herzing Revocable Living Trust
64 Cayman Place
Palm Beach Gardens, FL 33418
Attn: Henry Herzing

Henry Morris Zachs
40 Woodland St.
Hartford, CT 06105

Herold, MD, Betsy
12 Pine Point Road
Rowayton, CT 06853

Houman Sarshar, Trustee of the
Houman Sarshar Trust
11974 Mayfield Ave, no. 8
Los Angeles, CA 90049
Attn: Houman Sarshar

Howland B. Jones III
411 Walnut St., #13941
Green Cove Springs, FL 32043

Hoyt David Morgan
941 Silvermine Rd.
New Canaan, CT 06840

Hu Revocable Family Trust
1620 The Strand
Manhattan Beach, CA 90266
Attn: Lina Hu

Immuno-VAX LLC
7814 Exeter Rd.
Bethesda, MD 20814
Attn: Peter A. Patriarca, MD

Intuit Quickbooks Online
2800 E. Commerce Center Place
Tuscan, AZ 85706
Attn: Accounting

IRS
P.O. Box 802501
Cincinnatti, OH 45999-0038

Isaac Blech
3171 Route 9 North, #335
Old Bridge, NJ 08857

Isymax Corp
217 Glenayr Rd.
Toronto, ON M5P3C8
Canada
Attn: Murray Miller

Itay and Nicole Mevorah Trust
4802 Norwich Ave
Sherman Oaks, CA 91403
Attn: Itay Mevorakh

Jacobs, PhD, William R.
47 Iden Avenue
Pelham, NY 10803

James B and Karen A Glavin Family
18469 Via Candela
Rancho Santa Fe, CA 92091
Attn: James B. Glavin

DocuSign Envelope ID: 17A4449A-AB58-4589-AA68-B26CF9815836

James G. Fingleton
80 Adams Point Rd.
Barrington, RI 02806

Jason F. Schmidt
3500 Purdue
Dallas, TX 75225

Jason W. Eisenbeis
1617 Norwood Drive
Eagan, MN 55122

Jeffrey C. Allard
379 Silver St.
Wilbraham, MA 01095

Jeffrey R. Mayhew
45 Cristofori Cir
Orono, MN 55359

Joan Plastiras Revocable Trust
967 Dennis Drive
Palo Alto, CA 94303
Attn: Joan Plastiras

John E Friend II
26 Orchard Ln
Colts Neck, NJ 07722

John Golden
c/o John Golden Associates
12 E 49th St., Fl 41
New York, NY 10017

John H. Eyler
132 Seeley Road
Lagrangeville, NY 12540

John H. Wengraf
2404 Barton Ave.
Nashville, TN 37212

John Theodore Slattery & Ginamarie Slattery
13141 E. Speedway
Tucson, AZ 85748

John V. Wagner
233 Jardin Drive
Los Altos, CA 94022

Johnson & Johnson Innovation - JJDC, Inc.
410 George St.
New Brunswick, NJ 08901
Attn: Mariam Nakada

Jonathan Dagostino
4020 Hagardorn Rd.
Okemos, MI 48864

Jonathan L. Sessler
5005 Crestway Dr
Austin, TX 78731

Jones 1997 Family Trust
Livingston Omens & Magnin
1900 Ave of the Stars #400
Los Angeles, CA 90067
Attn: John Walecka

Joseph Jimenez Jr.
122 Pepperwood Ct.
Danville, CA 94506

Joseph R. Bishop III
46 Wilers Creek Way
Hilton Head Island, SC 29926

Joshua Gregg Berkowitz
1 Sutton Place S #7B
New York, NY 10022

Joshua Wagner
7 Hillside Place
Chappaqua, NY 10514

Juan Carlos Alzate Tejada
65 Lakewood Drive
Glencoe, IL 60022

Juan Vallarino
15 Carmel Lane
Brentwood, TN 37027

Kahn, Clare
1901 Walnut Street, Apt. 1804
Philadelphia, PA 19103

Kathryn B. McQuade Trust
420 Via Ventana Dr
Mesquite, NV 89027
Attn: Kathryn B. McQuade

Keith T. Flaherty TOD 03/05/19
104 Ellery Street
Cambridge, MA 02138
Attn: Keith Flaherty

Kenmont Capital Private Equity Partners IV, LP
720 Kuhlman Rd.
Houston, TX 77024
Attn: Donald R. Kendall, Jr.

Kenneth Goulet
1113 Real Quiet Ln
Waxhaw, NC 28173

Kent Conrad & Lucy Calautti
2525 Mulberry Terrace
Sarasota, FL 34239
Attn: Lucy Calautti

Kim Kiat Ong
4 Sunrise Drive
Singapore,  806507
Singapore

Kirill Tatarinov
1333 N. Atlantic Blvd.
Fort Lauderdale, FL 33304

Kurtis Krentz
10 Myrtlewood Rd
Wayzata, MN 55391

LA Sports Rehab Inc Retirement Trust, Pension
Trust
4802 Norwich Ave
Sherman Oaks, CA 91403
Attn: Barak Mevorak

Laniakea LLC
172 Madison Ave, Apt. 26A
New York, NY 10016
Attn: Alejandro Weinstein

Lars Birgerson
54 Hillcrest Road
Martinsville, NJ 08836

Lavrite, LLC
99 Crest Road
Piedmont, CA 94611
Attn: Lavigne Lou

Lawrence D Stern 2010 Qualified Annuity Trust
112 Clipper Ln
Jupiter, FL 33477
Attn: Rebeca A. M. Stern

Lawrence M. Blatt Trust
1647 Rosewood Drive
Healdsburg, CA 95448
Attn: Lawrence M. Blatt

Lenny Dang
30 Union Park Street Unit 201
Boston, MA 02118

Lesli Faro
365 24th Street
Santa Monica, CA 90402

Leukocare AG
Am Klopferspitz 19
Martinsried,  82152
Germany
Attn: Susanne Wieland

Libertas Ventures, LLC.
1160 Battery Street, Suite 250
San Francisco, CA 94111
Attn: K. Cyrus Sanadaji

Liepmann Trust UAD 5/8/1984
531 Silvertip Dr
Incline Village, NV 89451
Attn: Mr. Liepmann

Life Sciences PA
411 Swedeland Rd., Ste 23-1080
King of Prussia, PA 19406
Attn: Emily Boring

Lorie Karnath
PO Box 311
West Park, NY 12493

LPKT 2007, LLC
515 Madison Avene, Floor 29
New York, NY 10022
Attn: Sebastian Berdichevsky

Lucius Verus LLC
11603 Renaissance View Court
Tampa, FL 33626
Attn: Derek Hennecke

Lypul Limited
Wessex House, 5th Floor, 45 Reid Street
Hamilton,  HM12
Bermuda
Attn: Eric Verleyen

M&K Bhatt Trust
1738 (1797) Lotus Ave
El Centro, CA 92243
Attn: Mukesh B. Bhatt

Madison Technology, Inc.
459 Washington St. #1S
New York, NY 10013
Attn: Arthur Becker

Magna5
2 Valley Square, Suite 110
Blue Bell, PA 19422
Attn: Accounting

MAI 2 LLC
38 Evans Drive
Brookville, NY 11545
Attn: Brian Finn

Majlis Holdings, LLC.
1 Polk Street, Unit 104
San Francisco, CA 94102
Attn: Kabir Seth

Marc Cohen
308 Cottonwood Court
Piermont, NY 10768

Marc Pasquale
333 W Wacker Drive, Ste 1705
Chicago, IL 60606

Mark & Analee Reutlinger Community Property
4627 Wayneworth St. W
University Place, WA 98466
Attn: Mark Reutlinger

Mark D. Carlson
5411 Villawood Circle
Calabasas, CA 91302

Mark W. Livingston
PO Box 8345
Yakima, WA 98908

Mark Wallrapp
1807 Valley Park Ave
Hermosa Beach, CA 90254

Marsh & McLennan Companies, Inc.
1166 Avenue of the Americas
New York, NY 10036
Attn: Michael T. Gil, J.D.

Marstar Alternative Investments
38 Evans Drive
Brookville, NY 11545
Attn: Brian Finn

Martin Family 2020 Investments LLC.
2900 West Julia Street, #1804
Tampa, FL 33629
Attn: James P. Martin

Matthew Wallach
625 Creighton Rd
Villanova, PA 19085

Matthews Family Trust
1052 Country Valley Rd
Westlake Village, CA 91362
Attn: Brian W. Matthews

Matzmorr, Walter
610 Valley View Lane
Wayne, PA 19087

Maxim Group LLC
300 Park Ave.
New York, NY 10022
Attn: Chris Brothers

Maxim Partners LLC
300 Park Ave
New York, NY 10022
Attn: Frank Maniscalco

Maxine Gowen Brian Macdonald
19 Paper Mill Rd.
Newtown Square, PA 19073
Attn: Maxine Gowen

Mayur Tipnis
2525 Hobbs Road
Nashville, TN 37215

Michael & Donna Chlopak
1 Claridge Drive, Apt. PH14
Verona, NJ 07044

Michael & Paula Cohn
619 El Dorado Dr
Elizabethtown, KY 42701
Attn: Michael Cohn

Michael B. Targoff
600 Fifth Ave, 16th Floor
New York, NY 10020

Michael D. and Miriam Miller Family Trust
3611 Motor Ave, Ste 100
Los Angeles, CA 90034
Attn: Michael Darrow Miller

Michael L. Meyer Living Trust
180 Newport Center Dr, Ste 230
Newport Beach, CA 92660
Attn: Michael L. Meyer

Michael S. Kostelansky
161 Green Village Rd.
Madison, NJ 07940

Michael Sherman
54 Butler Street
Brooklyn, NY 11231

Milestone View Limited
3076 Sir Francis Drake's Highway
Road Town, Tortola,  VG1110
British Virgin Islands

Mohammed Farhoud
23 Slade Street
Belmont, MA 2478

Mr. Peter Vincent
40 Jacks Farm Way, Highams Park
London,  E49AQ
UK

Musey Consulting, Inc.
1373 Cernan Lane
Blue Bell, PA 19422
Attn: Luwy K. Musey, MD

Neil E. Barry
5313 Rawlings Rd. NE
Albuquerque, NM 087111

Neil H. Wasserman TOD
3839 Rodman St NW, Apt. A31
Washington, DC 20016
Attn: Neil H. Wasserman

Neopharm Investments
6 Hashiloach St.
Petach Tikva,
Israel
Attn: David Fuhrer

Neopharma Investments 1966 Ltd
6 Hashiloach St.
Petach Tikva,
Israel
Attn: David Fuhrer

New Ventures III VO, LLC
3500 Pacific Ave
Virginia Beach, VA 23451

Nick Panayotou
2200 Redington Rd.
Hillborough, CA 94010

NJ Biopharma Consulting, Ltd
66 Kenilworth Road
Sale, Cheshire,  M33 5DB
UK
Attn: Neil Johnson

Northlea Partners
2365 NW 41st Street
Boca Raton, FL 33431
Attn: John H. Abeles, MD

Palm Beach County
PO Box 3353
West Palm Beach, FL 33402

Pantuck 2010 Rev Trust
11301 Olympic Blvd, #592
Los Angeles, CA 90064
Attn: Allan Pantuck

Parks Revocable Trust
805 N Elm Drive
Beverly Hills, CA 90210
Attn: Michael Parks

Patricia Verduin
4108 Promenade Blvd.
Fair Lawn, NJ 07410

Patrick Lee
73 Stearns Rd.
Brookline, MA 2446

Paul & Lynn Ingrassia
270 Grace Church St
Rye, NY 10580
Attn: Lynn Ingrassia

Paul Francis
1384 Parklane
Pelham, NY 10803

Paul Stefan Bohm
1930 Village Center Circle #3-5285
Las Vegas, NV 89134

Pavel Vodkin
350 E Mission St #110
San Jose, CA 95112

PEAS Trust , dtd 12/27/2012
2625 Alcatraz Ave., #244
Berkeley, CA 94705
Attn: Steven Berger

Peter B. Ravenbuehler and Mary L. Mines
Living Trust
165 Rizal Drive
Hillsborough, CA 94010
Attn: Peter Ravenbuehler

Peter D. Brundage
6613 Golf Dr
Dallas, TX 75205

Pfeffer Trust Partners
5252 62nd Ave S
St Petersburg, FL 33715
Attn: Pamela K. Pfeffer

Philimmune LLC
1623 Pine Street
Philadelphia, PA 19103
Attn: Florian Schödel

Philip DG Harden
Barlows, Frieth
Henely On Thames, Oxon,  RG9 6PR
UK
Attn: Philip DG Harden

Platinum Group of Companies, Inc.
23679 Calabasas Rd 533
Calabasas, CA 91302
Attn: David Mandel

Poonam Khubani Revocable Family Trust
2901 Collins Ave Unit 1601
Miami Beach, FL 33104
Attn: Poonam Khubani

PR Newswire Association, LLC (Cision)
602 Plaza Three
Jersey City, NJ 07311
Attn: Tara Cole

R. Bagg Ltd.
Heanor Gate Industrial Estate
Heanor,  DE75 7SJ
UK
Attn: Roger Bagg

Randy & Shelley Grellner
934 E 14th St
Cushing, OK 74023
Attn: Randy Grellner

Raymond Debbane
10 Quail Road
Greenwich, CT 06831

Raymond L.M. Wong
138 Hillcrest Ave
Summit, NJ 07901

Resonance Pharma Consulting LLC
1311 Grenox Rd.
Wynnewood, PA 19096
Attn: John G. Emery, PhD

Richard & Vivian Tortora
135 Colonial Parkway
Manhassat, NY 11030

Richard Alan Graham & Hiba T. Graham
1437 Balboa Avenue
Burlingame, CA 94010
Attn: Richard A. Graham

Richard J. Grellner
434 NW 18th St
Oklahoma City, OK 73103

Richard Joseph Shea Tracey Bolyard Shea
903 Walcott Way
Cary, NC 27519
Attn: Tracey B. Shea

Richard Pilnik
400 Alton Road, Apt. 1706
Miami Beach, FL 33139

Richard Sakakeeny
41 Glen Court
Southborough, MA 01772

Richard Schnabel
554 22nd St
Avalon, NJ 08202

Richard Zoumalan
8515 Hollywood Blvd.
Los Angeles, CA 90069

Richman Trust
9551 La Jolla Farms Road
La Jolla, CA 92037
Attn: Douglas Richman

Rick Mace & Karen Mace JT
1158 Esperanza Ridge Road
Clermont, FL 34715
Attn: Rick D. Mace

RKL Ohio Corp
4092 Landhigh Lakes Drive
Powell, OH 43065
Attn: Rahul S. Patel

Robert A. Hess and Jennifer Leeds 2014
Revocable Trust
654 Center St.
Walnut Creek, CA 94595
Attn: Robert Hess

Robert Alan Probe & Barbara Weiss
1973 River Ranch Rd.
Temple, TX 76502
Attn: Robert Alan Probe

Robert Ertner
19 Guynn Bridge Ct.
Chico, CA 95926

Robert Essner
1301 Westway Drive
Sarasota, FL 34236

Robert Frome
180 E 79th Street
New York, NY 10075

Robert Marcos
91-1013 Hoea St
Kapolei, HI 96707

Robert Roche Associates, LLC.
PO Box 880
Pocono Pines, PA 18350
Attn: Robert Roche Jr.

Robert Scott Greer
6207 E Indian Bend Rd.
Paradise Valley, AZ 85253

Robin J. Steele Trust
301 East Strawberry Drive
Mill Valley, CA 94970
Attn: Robin J. Steele

Rockledge Associates, LLC
18 Rockledge Road
Rye, NY 10580
Attn: Richard Bernstein

Rodney James Williams Kathleen Kay Williams
4724 Don Miguel Dr
Los Angeles, CA 90008
Attn: Rodney Williams

Roger A. Jeffs
3390 W. Barbee Chapel Rd., Unit 343
Chapel Hill, NC 27517

RP Emerging Markets Master Fund
4th Floor, Century Yard, Cricket Square
Elgin Ave
George Town, Grand Cayman,
Cayman Islands
Attn: Andreas Schlegel

Rueger, Kayley
9026 Birch Run Drive
Parker, CO 80134
Attn: Kayley Rueger

SAB Associates, LLC
400 Continental Blvd., Suite 160
El Segundo, CA 90245
Attn: Linda Kasai

Sameer & Orvashi Maru
20 Newport Pkwy PHA
Jersey City, NJ 07310
Attn: Sameer Maru

Samir Mammadov
10 Pine Lodge Place
The Woodlands, TX 77382
Attn: Samir A. Mammadov

Sand Dollar Dynasty Trust
400 Himalaya Court
Broomfield, CO 80020
Attn: Joan Steele

Santuccio Ricciardi
4307 Olde Charted Trail
Youngstown, OH 44514

Satheesh Kumar & Anju Kumar
2265 Ocaso Camino
Fremont, CA 94539
Attn: Satheesh Kumar

Scradam Limited
Innovation Works 1, Kerry Technology Park
Tralee, Kerry,
Ireland
Attn: Joseph McGarry

SEAS Trust , dtd 12/27/2012
2625 Alcatraz Ave., #244
Berkeley, CA 94705
Attn: Steven Berger

Serum International B.V.
Strawinskylaan 937
Amsterdam,  1077XX
Netherlands
Attn: A. C. Poonawalla

Shahrad Nahai
371 20th Street
Santa Monica, CA 90402

Sharet Holdings II, LLC.
479 Tucan Ridge Court
Henderson, NV 89012
Attn: Sharet Davidyan

Sharon & Robert Taylor
4705 SE Waterford Drive
Stuart, FL 34997

Sharon L Glasser
24 Lee St. C4
Marblehead, MA 01945

Shepherd 98 LLC
420 Monroe St
Denver, CO 80206

Sherman Children's Florida Trust
1415 2nd Street, Unit 718
Sarasota, FL 34236
Attn: Carl Sherman

DocuSign Envelope ID: 17A4449A-AB58-45B8-AA68-D26CF9815836

Simon Fredriksson
Kiviksvägen 2
Bromma,  16854
Sweden

Smartsheet Inc
500 108th Ave NE, Suite 200
Bellevue, WA 98004

Stanley M. Marks
720 Filbert Street
Pittsburgh, PA 15232

State of Delaware
Division of Corporations
John G Townsend Bldg
401 Federal Street Ste 4
Dover, DE 19901

Stephen Bender
16 Peppermill Lane
Dix Hills, NY 11746

Stephen Cutler
PO Box 312
Lahaska, PA 18931

Stephen Meringoff
30 West 26th St., 8th Floor
New York, NY 10010

Steven and Kaye Yost Family
1265 Lynnmere Dr.
Thond Oaks, CA 91360
Attn: Steven Yost

Steven Stuart
5 Sunset Lane
Rye, NY 10580
Attn: Steven Stuart

Steven Weisman
5005 Minden Rd.
Memphis, TN 38117

Stewart A. Kohl Trust
Terminal Tower, 50 Public Sq.
Cleveland, OH 44113
Attn: Stewart A. Kohl

Subha Sri Thogarchedu
5 Wheatston Court
Princeton Junction, NJ 08550

Sudarshan Hebbar
4342 Rockhill Road Suite 300
Kansas City, MO 64110

Sundeep Dev
6804 Cheyenne Trail
Edina, MN 55439

Sn L. Routt
901 Pearl St., #303
Boulder, CO 80302

SWOF Ventures, LP
9116 Winged Thistle Ct.
Raleigh, NC 27617
Attn: Robert Moscato

Tarek Rabah Revocable Living Trust
8607 Howell Road
Bethesda, MD 20817
Attn: Tarek Rabah

Taylor W. Lawrence Family Trust
527 W Tortolita Mountain Circle
Oro Valley, AZ 85755
Attn: Taylor W. Lawrence

Tengara LLC
2460 Oxford Ave
Cardiff by the Sea, CA 92007
Attn: Sepehr Sarshar

Texas A&M University
Financial Management Operations
Sales & Receivables Department
6000 TAMU
College Station, TX 77843
Attn: Kelli Kochan

The B & E Siliezar Trust
8279 Alvord Street
McLean, VA 22102
Attn: Byron Robert Siliezar

The Bahr Family Limited Partnership
88 Chase Point Rd.
Mirror Lake, NH 03853
Attn: Robert L. Bahr

The Charles S Faber Revocable Trust
7286 Belleisle Glen
Lakewood Ranch, FL 34202
Attn: Charles S. Faber

The G. Bradford Jones Living Trust
Livingston Omens & Magnin
1900 Ave of the Stars #400
Los Angeles, CA 90067
Attn: G. Bradford Jones

The Howden Family Trust
13 Bower Street
Manly, NSW 02095
Australia
Attn: Andrew Howden

The Irrevocable Aloha Trust
6225 Smith Ave
Baltimore, MD 21209
Attn: Marianne Schmitt Hellauer

The Jack and Alanna Dittoe Trust
70 Hazel Lane
Piedmont, CA 94611
Attn: John E. Dittoe

The JCP Marital Trust
909 Third Ave, 33rd Floor
New York, NY 10022
Attn: Jennifer Cook Price

The Kentor Trust
Eric Kentor & Adrienne Kentor TTEES
105 Bell Canyon Rd.
Bell Canyon, CA 91307

The Lind Family Trust
515 Via Sinuosa Street
Santa Barbara, CA 93110

The Minchenberg Family Trust
9804 Hillgreen Place
Beverly Hills, CA 90212
Attn: Richard Minchenberg

The Nora Leigh Hassan Irrevocable Trust
6010 Le Lac Road
Boca Raton, FL 33496
Attn: Sarah Hassan

The Petersen Revocable Trust
442 Vista Ridge Dr.
Milpitas, CA 95035
Attn: Kurt Petersen

The Rivkind-Devilliers Trust
1887 Rising Glen Road
Los Angeles, CA 90069
Attn: Michael Rivkind

The Robert L. Bahr Revocable Trust
PO Box 392
Mirror Lake, NH 03853
Attn: Robert L. Bahr

The Shahriyar Baradaran Revocable Trust
414 N Camden Drive Ste 1240
Beverly Hills, CA 90210
Attn: Shahriyar Baradaran

The Shand Family Trust
1482 E Valley Rd, #475
Santa Barbara, CA 93108
Attn: Robert J. Shand

The Skolnick Charitable Trust
4775 Collins Ave, Apt 4405
Miami Beach, CA 33140
Attn: Barry Skolnick

The Thornton-Clark Family
2011 Irrevocable GST Exempt Trust
2380 Thornsberry Road
Sonoma, CA 95476
Attn: Ian Clark

Thomas Farrell
48 Apthorp St.
Quincy, MA 02170

Thomas T.F. Huang Revocable Living Trust
PO Box 10539
Honolulu, HI 96816
Attn: Thomas T. F. Huang

Thynk Capital, LLC
2620 S. Maryland Parkway #14-844
Las Vegas, NV 89158
Attn: James Plante

Timothy and Monica Hanley
9796 Nickel Ridge
Naples, FL 34120
Attn: Timothy Hanley

Trust U/W Renee Weiss
PO Box 1682
Mercer Island, WA 98040
Attn: Peter H. Weiss

Trust U/W/O Lenore O. Stern
38 Taylor Ave
Harrison, NY 10528
Attn: James Stern

Tunnell Consulting
1235 Westlakes Drive, Suite 280
Berwyn, PA 19312
Attn: Jonathan Horn

Turki Aldayel
3 Almohammediyah
Riyadh,
Saudi Arabia

Ulf Wiinberg
1660 S Highway A1A, Unit 132
Jupiter, FL 33477

Utpaul K. Audhya
40B Oak Rd.
Canton, MA 02021
Attn: Utpaul K. Audhya

V2M Life Sciences LP
164 Winsome Capital
Bethesda, MD 20814
Attn: Misha Petkevich

Varney J. Hintlian
4400 Gulf Shore Blvd. N, Unit 104
Naples, FL 34103

Vern Norviel Anne Norviel JTWROS
4321 Horensia
San Diego, CA 92103
Attn: Vern Norviel

Victoria B. Curtis
5739 E Cactus Wren Rd.
Paradise Valley, AZ 85053

Vimal Kavuru
11 Maacka Drive
Holmdel, NJ 07733

Wada, Nami
4204 Destrier Drive
Durham, NC 27703

Walter P. Mullen
9 Lenape Ct.
Mt Laurel, NJ 8054

Watercrest Partners LP
3705 Watercrest Dr
Plano, TX 75093
Attn: Warren Harmel

Wayne Saker & Linda Saker
120 Seaver St
Brookline, MA 02445
Attn: Wayne Saker

William & Nancie Krywicki
40 Pinecone Lane
Shavertown, PA 18708
Attn: William Krywicki

William A. Haseltine 2001 Revocable Trust
1016 Fifth Ave, Suite 11A
New York, NY 10028
Attn: William Haseltine

DocuSign Envelope ID: 17A4449A-AB58-45B8-AA68-D26CF9815836

William R. Arathoon Living Trust
12950 Brendel Dr
Los Altos Hills, CA 94022
Attn: W. R. Arathoon

Wilson Wilson Wilson
111 W Ocean Blvd. Ste 2200
Long Beach, CA 90802
Attn: Minda Wilson

Wolf, Donald H.
1004 W Weatherbee Road
Fort Pierce, FL 34982

Wyatt, LLC
219 Seabreeze Ave
Naples, FL 34108
Attn: E. Lee Wyatt Jr.

Zachary Kaufman Segal Trust
5858 SW 68th St
Miami, FL 33143
Attn: Zachary Segal

ZenQMS LLC
40 Coulter Ave Ste 265
Ardmore, PA 19003
Attn: Karen Mastrocola

Zhe Qiu
7442 May Common NW
Edmonton, AB T6R 0V2
Canada