**Fill in this information to identify the case:**

Debtor name ___ X-Vax Technology, Inc. _____

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (If known): ___ 23-11906 (CTG) _____

❑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

## Part 1:    Summary of Assets

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................  $ _____ 0.00

    1b.  **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................  $ 1,721,885.31

    1c.  **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................  $ 1,721,885.31

## Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................  $ _____ 0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $ _____ 0.00

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................  **+** $ 1,534,627.11

4.  **Total liabilities**..............................................................................................................................
    Lines 2 + 3a + 3b  $ 1,534,627.11

**Fill in this information to identify the case:**

Debtor name    X-Vax Technology, Inc.

United States Bankruptcy Court for the: _____ District of **Delaware**
                                                                    (State)

Case number (If known): 23-11906 (CTG)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                      $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. PNC | Operating | 1  4  7  8 | $ $207,479.69 |
| 3.2. PNC | Money Market | 1  4  8  6 | $ $210.60 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____

   4.2. _____    $_____

5. **Total of Part 1**                                                                  $ 207,690.29

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Security deposit for office lease _____    $ 5,550.50

   7.2. _____    $_____

Debtor    X-Vax Technology, Inc.
_____
Name

Case number *(if known)*    23-11906 (CTG)
_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See A/B Schedule 8                                                                                          $ 1,459,030.00
_____

8.2._____                                                         $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                                       $ 1,459,030.00

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........➤    $ _____
                            face amount       doubtful or uncollectible accounts

11b. Over 90 days old:   $41,329.71 – _____ = ........➤    $ $41,329.71
                         face amount       doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                     $ $41,329.71

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1._____    _____%    _____    $ _____

15.2._____    _____%    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $ _____

16.2._____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                               $ _____

---

Debtor  X-Vax Technology, Inc.
Name

Case number *(if known)*  23-11906 (CTG)

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                      $_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

Debtor    X-Vax Technology, Inc.
_____
Name

Case number *(if known)* _____23-11906 (CTG)_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture**<br>See A/B Schedule 39 | $_____ | Cost | $____13,883.31 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   X-Vax Technology, Inc. _____   Case number *(if known)* 23-11906 (CTG)
         Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Debtor | X-Vax Technology, Inc. | Case number (if known) | 23-11906 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Û^^ÁÓÒŒÁ|&@å˘¦^ÁÁ€ parts A and B | $_____ | _____ | W}\}[,} |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $_____

Debtor    X-Vax Technology, Inc.                                    Case number *(if known)*    23-11906 (CTG)
         _____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = → $_____
                                Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                           $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                           $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                           $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____                           $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Workers insurance credit                              $      250.00
_____

_____                           $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $      250.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor X-Vax Technology, Inc.
_____
Name

Case number (if known)_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 207,690.29 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 1,459,030.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 41,329.71 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 13,883.31 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ Unknown | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 250.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................. 91a. | $ 1,721,885.31 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................. $ 1,721,885.31

**A/B Schedule 8**
**X-Vax Technology Inc.**
**Prepaid Expenses & Retainers**
(as of 11/22/2023)

| Vendor | Original Date | Original Amount | Previously Expensed | 12/31/2021 Balance | Current Expense | Expense Account | 11/22/2023 Balance | Note |
|---|---|---|---|---|---|---|---|---|
| FujiFilm | 2/9/21 | 2,048,000.00 | 138,000.00 | 1,190,000.00 | - | 7161 | 1,190,000.00 | Prepayment |
| FujiFilm | 7/27/21 | 213,750.00 | - | 213,750.00 | - | 7161 | 213,750.00 | Prepayment |
| | Invoice Date | Amount | | | | | 1,403,750.00 | |
| NJ Biopharma Consulting Ltd. | 11/9/23 | 5,200.00 | | | | | 5,200.00 | Prepayment |
| Tunnell Consulting | 11/7/23 | 5,200.00 | | | | | 5,200.00 | Prepayment |
| Aragen (December) | 11/8/23 | 44,880.00 | | | | | 44,880.00 | Prepayment |
| **Total Prepaids** | | | | | | | **1,459,030.00** | |

## A/B Schedule 39
## X-Vax Technology, Inc.

| Date | Description | Amount |
|------|-------------|--------|
| 03/28/2019 | AV Adaptor for Projector | $75.12 |
| 04/08/2019 | Adaptor for Projector | $48.14 |
| 8/19/2019 | MacBook | $1,644.34 |
| 09/01/2020 | Paper Shredder Office Depot | $106.99 |
| 09/01/2020 | Refrigerator Best Buy | $133.74 |
| 09/01/2020 | HP Printer Office Depot | $229.89 |
| 09/01/2020 | 2 arm chairs | $348.50 |
| 09/01/2020 | 3 sets of 2  side chairs | $637.50 |
| 09/01/2020 | TV & Wall Mount | $845.28 |
| 09/01/2020 | 5 Filing Cabinets | $850.00 |
| 09/01/2020 | 14 management chairs | $2,975.00 |
| 09/01/2020 | IKEA Storage/Cabinets | $996.76 |
| 09/01/2020 | Conference Table with Power Units | $1,730.57 |
| 09/01/2020 | 6 desks | $2,014.50 |
| 09/03/2020 | 1 office desk | $335.75 |
| 09/03/2020 | Murray. Stackable Side Chairs, 2 sets of 2 | $425.00 |
| 09/30/2020 | glass drawer for Nespresso  capsules | $24.99 |
| 09/30/2020 | Nespresso Machine | $128.39 |
| 09/30/2020 | Desktop organizers | $188.41 |
| 03/31/2023 | Microwave | $144.44 |
| | **Total** | **$13,883.31** |

**AB Schedule 60**
**X-Vax Technology, Inc.**

**HSV-2 gD deletion Vaccine**

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0004-005 | XVS0003AU | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | AU | National stage | 2015225499 | 2-Mar-15 | Granted: 27-Aug-20 AU2015225499B1 |
| 5450.0004-018 | XVS0003AUD | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | AU | Divisional | 2020217310 | 10-Aug-20 | Pending |
| 5450.0004-028 | XVS0003AUP2 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | AU | National stage | 2020204688 | 22-Jun-21 | Pending |
| 5450.0004-006 | XVS0003CA | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | CA | National stage | 2,942,166 | 2-Mar-15 | Pending |
| 5450.0004-029 | XVS0003CAP2 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | CA | National stage | 3124523 | 21-Jun-21 | Pending |
| 5450.0004-023 | XVS0003CH | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | CH | EP National stage | 15758673.6 | 2-Mar-15 | Granted: 07-Oct-20 EP3113801B1 |
| 5450.0004-007 | XVS00003CN | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | CN | National stage | 2015800222226 | 2-Mar-15 | Granted: 10-Jan-20 CN106456805B |
| 5450.0004-015 | XVS00003CND | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | CN | Divisional | 201911344961.3 | 24-Dec-19 | Pending |
| 5450.0004-030 | XVS0003CNP2 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | CN | National stage | 2020800184140 | 2-Sep-21 | Pending |
| 5450.0004.024 | XVS0003DE | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | DE | EP National Stage | 15758673.6 | 2-Mar-15 | Granted: 07-Oct-20 602015060160.2 |
| 5450.0004-009 | XVS0003EP | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | EP | National stage | 15758673.6 | 2-Mar-15 | Granted: 07-Oct-20 EP3113801B1 |
| 5450.0004-021 | XVS0003EPD | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | EP | Divisional | 20195405.4 | 10-Sep-20 | Pending |

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0004-031 | XVS0003EPP2 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS (HSV-2) VACCINE VECTORS | EP | National stage | 20702946.3 | 19-Jul-21 | Pending |
| 5450.0004-025 | XVS0003FR | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | FR | EP National Stage | 1578673.6 | 3-Oct-20 | Granted: 07-Oct-20 EP3113801B1 |
| 5450.0004.026 | XVS0003GB | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | UK | EP National Stage | 1578673.6 | 3-Oct-20 | Granted: 07-Oct-20 EP3113801B1 |
| 5450.0004-011 | XVS0003HK | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | HK | National stage | 17103491.9 | 3-Mar-14 | Granted: 26-Feb-21 HK1229721 |
| 5450.0004-020 | XVS0003HKD | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | HK | Divisional | 42020014860.9 | 21-Aug-20 | Pending |
| 5450.0004-032 | XVS0003ILP2 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | IL | National stage | 284448 | 28-Jun-21 | Pending |
| 5450.0004-033 | XVS0003INP2 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | IN | National stage | 202117031971 | 15-Jul-21 | Pending |
| 5450.0004-008 | XVS0003JP | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | JP | National stage | 2016-555659 | 2-Mar-15 | Granted: 27-Jan-20 JP6652497B2 |
| 5450.0004-017 | XVS0003JPD | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | JP | Divisional | 2020-009043 | 23-Jan-20 | Granted: 17-Mar-21 JP6844045 |
| 5450.0004-022 | XVS0003JPD2 | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | JP | Divisional | 2021-026943 | 24-Feb-21 | Granted: 30-Mar-22 JP7050193 |
| 5450.0004-034 | XVS0003JPP2 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | JP | National stage | 2021-539019 | 2-Jul-21 | Pending |
| 5450.0004-035 | XVS0003KRP2 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | KR | National stage | 10-2021-7024471 | 2-Aug-21 | Pending |
| 5450.0004-009 | XVS0003NL | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | NL | EP National Stage | 1578673.6 | 3-Oct-20 | Granted: 07-Oct-20 3113801 |

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0004-036 | XVS0003NZP2 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | NZ | National stage | 777481 | 22-Jun-21 | Pending |
| 5450.0004-003 | XVS0003PCT | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | PCT | National stage | PCT/US2015/018272 | 2-Mar-15 | Expired |
| 5450.0004-037 | XVS0003RUP2 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | RU | National stage | 2021123903 | 3-Aug-21 | Lapsed by inaction |
| 5450.0004-027 | XVS0003SE | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | SE | EP National stage | 1578673.6 | 3-Oct-20 | Granted: 07-Oct-20 3113801 |
| 5450.0004-002 | XVS0003US | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | US | Provisional | 62/080,663 | 17-Nov-14 | Expired |
|  | XVS0003US2 | C-00001036 | RECOMBINANT SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | US | Provisional | 61/946965 | 3-Mar-14 | Expired |
| 5450.0026-000 | XVS0003USC | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | US | Continuation of 15/015,322 | 15/995,471 | 1-Jun-18 | Issued: 27-Aug-2019 10,391,165 |
| 5450.0038-000 | XVS0003USC2 | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | US | Continuation of 15/995,471 | 16/526,056 | 30-Jul-19 | Issued: 25-Aug-20 10,751,411 |
| 5450.0004-019 | XVS0003USC3 | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | US | Continuation of 16/526,471 | 16/995,926 | 18-Aug-20 | Issued: 20-Apr-2021 10,980,874 |
| 5450.0004-010 | XVS0003USD | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | US | Divisional of 15/015,322 | 15/455,495 | 10-Mar-17 | Issued: 18-Sep-2018 10,076,568 |
| 5450.0004-004 | XVS0003USP | C-00001036 | Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | US | CIP of PCT | 15/015,322 | 4-Feb-16 | Issued: 19-Jun-2018 9,999,665 |
| 5450.0024-000 | XVS0003USP2 | C-00001036 | Passive Transfer Of Immunity Using Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | US | CIP | 16/238,933 | 3-Jan-19 | Issued: 16-Feb-2021 10,918,712 B2 |

A/B Schedule 60
X-Vax Technology, Inc.

3

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0004-038 | XVS0003USP3 | C-00001036 | PASSIVE TRANSFER OF IMMUNITY USING RECOMBINANT HERPES SIMPLEX VIRUS 2 (HSV-2) VACCINE VECTORS | US | National stage | 17/420529 | 2-Jul-21 | Pending |
| 5450.0004-016 | XVS0003PCTP2 | C-00001036 | Passive Transfer Of Immunity Using Recombinant Herpes Simplex Virus 2 (HSV-2) Vaccine Vectors | PCT | International | PCT/US2020/012170 | 3-Jan-20 | Nat'l Phase completed/Expired |
| | | | | | | | | |
| 5450.0047-002 | XVS0007CA | C-00001451 | METHOD OF TREATING AND PREVENTING OCULAR DISEASE WITH HSV-2 DELTA GD | CA | National Stage | Not Yet Available | 4-Oct-22 | Pending |
| 5450.0047-000 | XVS0007US | C-00001451 | METHOD OF TREATING OCULAR HERPES SIMPLEX VIRUS WITH RECOMBINANT HSV-2 DELTA GD VACCINE | US | Provisional | 63/006,342 | 7-Apr-20 | Expired |
| 5450.0047-0001 | XVS0007US2 | C-00001451 | METHOD OF TREATING AND PREVENTING OCULAR DISEASE WITH HSV-2 DELTA GD | US | National Stage | 17/913,707 | 22-Sep-22 | Pending |
| 5450.0047-0001 | XVS0007PCT | C-00001451 | METHOD OF TREATING OCULAR HERPES SIMPLEX VIRUS WITH RECOMBINANT HSV-2 DELTA GD | PCT | International | PCT/US2021/26158 | 7-Apr-21 | **Nat'l Phase completed/Expired** |
| | | | | | | | | |
| 5450.0050-000 | XVS0008US | C-00001465 | METHODS OF USING HSV-2 SINGLE CYCLE VIRUS DELTA-gD AND HSV-2 RECOMBINANT GLYCOPROTEIN D | US | Provisional | 63/031,816 | 29-May-20 | Expired |
| 5450.0050-001 | XVS0008US2 | C-00001465 | METHODS OF USING HSV-2 SINGLE CYCLE VIRUS DELTA-gD AND HSV-2 RECOMBINANT GLYCOPROTEIN D | US | Nonprovisional | 17/335,548 | 1-Jun-21 | **Issued: 27-Jun-2023** **11,684,670 B2** |
| 5450.0050-002 | XVS0008PCT | C-00001465 | METHODS OF USING HSV-2 SINGLE CYCLE VIRUS DELTA-gD AND HSV-2 RECOMBINANT GLYCOPROTEIN D | PCT | International | PCT/US2021/035168 | 1-Jun-21 | Nat'l Phase completed/Expired |
| 5450.0050-002 | XVS0008AU | C-00001465 | METHODS OF USING HSV-2 SINGLE CYCLE VIRUS DELTA-gD AND HSV-2 RECOMBINANT GLYCOPROTEIN D | AU | National Stage | 2021281314 | 16-Nov-22 | Pending |
| 5450.0050-002 | XVS0008CA | C-00001465 | METHODS OF USING HSV-2 SINGLE CYCLE VIRUS DELTA-gD AND HSV-2 RECOMBINANT GLYCOPROTEIN D | CA | National Stage | 3184459 | 22-Nov-22 | Pending |
| 5450.0050-002 | XVS0008IL | C-00001465 | METHODS OF USING HSV-2 SINGLE CYCLE VIRUS DELTA-gD AND HSV-2 RECOMBINANT GLYCOPROTEIN D | IL | National Stage | 298288 | 16-Nov-22 | Pending |

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0050-002 | XVS0008IN | C-00001465 | METHODS OF USING HSV-2 SINGLE CYCLE VIRUS DELTA-gD AND HSV-2 RECOMBINANT GLYCOPROTEIN D | IN | National Stage | 202217076413 | 28-Dec-22 | Pending |
| 5450.0050-002 | XVS0008JP | C-00001465 | METHODS OF USING HSV-2 SINGLE CYCLE VIRUS DELTA-gD AND HSV-2 RECOMBINANT GLYCOPROTEIN D | JP | National Stage | 2022-573260 | 28-Nov-22 | Pending |
| 5450.0050-002 | XVS0008KR | C-00001465 | METHODS OF USING HSV-2 SINGLE CYCLE VIRUS DELTA-gD AND HSV-2 RECOMBINANT GLYCOPROTEIN D | KR | National Stage | 10-2022-7045772 | 26-Dec-22 | Pending |
| 5450.0050-002 | XVS0008NZ | C-00001465 | METHODS OF USING HSV-2 SINGLE CYCLE VIRUS DELTA-gD AND HSV-2 RECOMBINANT GLYCOPROTEIN D | NZ | National Stage | 794549 | 16-Nov-22 | Pending |

**Flu/HIV Vaccine**

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0006 -001 | XVS0001US | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | US | Provisional | 62/665,050 | 1-May-18 | Expired |
| 5450.0006-002 | XVS0001PCT | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | PCT | International | PCT/US2019/30259 | 1-May-19 | Nat'l Phase completed/Expired |
| 5450.0006-003 | XVS0001US2 | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | US | Non-provisional (US national stage) | 17/051,922 | 30-Oct-20 | Pending |
| 5450.0006-003 | XVS0001US2C | C-00001299 | HSV-2-DELTA-GD VACCINES AND METHODS FOR THEIR PRODUCTION AND USE | US | Continuation of 17/051,992 | 18/071109 | 29-Nov-22 | Pending |
| 5450.0006-004 | XVS0001AU | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | AU | National stage | AU2019262056 | 8-Oct-20 | Pending |
| 5450.0006-005 | XVS0001CA | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | CA | National stage | CA3098572 | 27-Oct-20 | Pending |
| 5450.0006-006 | XVS0001CN | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | CN | National stage | 201980044626.3 | 31-Dec-20 | Pending |
| 5450.0006-007 | XVS0001EP | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | EP | National stage | 19796848 | 9-Nov-20 | Pending |
| 5450.0006-012 | XVS0001HK | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | HK | National stage | 62021035593.4 | 27-Jul-21 | Pending |
| 5450.0006-008 | XVS0001IL | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | IL | National stage | IL278294 | 26-Oct-20 | Pending |
| 5450.0006-009 | XVS0001IN | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | IN | National stage | IN202017047746 | 2-Nov-20 | Pending |
| 5450.0006-010 | XVS0001JP | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | JP | National stage | 2021-510271 | 30-Oct-20 | Pending |
| 5450.0006-011 | XVS0001NZ | C-00001299 | Recombinant HSV-2 Delta-gD Vaccines and Methods for Their Production and Use | NZ | National stage | NZ768777 | 8-Oct-20 | Pending |

**HVEM Agonists**

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0025-001 | XVS0004US | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | US | Provisional | 62/746,731 | 17-Oct-18 | Expired |
| 5450.0025-002 | XVS0004US2 | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | US | Provisional | 62/900,910 | 16-Sep-19 | Expired |
| 5450.0025-000 | XVS0004PCT | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | PCT | International | PCT/US2019/056748 | 17-Oct-19 | Expired |
| 5450.0025-004 | XVS0004AU | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | AU | National Stage | 2019362902 | 24-Mar-21 | Pending |
| 5450.0025-005 | XVS0004CA | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | CA | National Stage | 3,115,530 | 6-Apr-21 | Pending |
| 5450.0025-006 | XVS0004CN | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | CN | National Stage | 201980068731.0 | 16-Apr-21 | Pending |
| 5450.0025-007 | XVS0004EP | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | EP | National Stage | 19872716.6 | 31-Mar-21 | Pending |
| 5450.0025-008 | XVS0004IL | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | IL | National Stage | 282135 | 4-Apr-21 | Pending |
| 5450.0025-009 | XVS0004IN | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | IN | National Stage | 202117020065 | 1-May-21 | Pending |
| 5450.0025-010 | XVS0004JP | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | JP | National Stage | 2021-521246 | 16-Apr-21 | Pending |
| 5450.0025-011 | XVS0004NZ | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | NZ | National Stage | 774379 | 24-Mar-21 | Pending |
| 5450.0025-003 | XVS0004US3 | C-00001324 | Method of Enhancing Antibody-dependent cell-mediated Cytotoxicity (ADCC) | US | National Stage | 17/286073 | 16-Apr-21 | Pending |

HVEM Agonists

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Duke Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|---|
| 5450.0046-004 | XVS0011AU | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | AU | National stage | 2020242042 | 24-Aug-21 | Pending |
| 5450.0046-005 | XVS0011CA | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | CA | National stage | 3133862 | 15-Sep-21 | Pending |
| 5450.0046-006 | XVS0011CN | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | CN | National stage | 202080021839.7 | 16-Sep-21 | Pending |
| 5450.0046-003 | XVS0011EP | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | EP | National stage | 20719007.5 | 27-Sep-21 | Pending |
| 5450.0046-008 | XVS0011IL | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | IL | National stage | 286415 | 14-Sep-21 | Pending |
| 5450.0046-007 | XVS0011IN | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | IN | National stage | 202117038147 | 23-Aug-21 | Pending |
| 5450.0046-009 | XVS0011JP | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | JP | National stage | 2021-556422 | 17-Sep-21 | Pending |
| 5450.0046-011 | XVS0011KR | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | KR | National stage | 10-2021-7031401 | 29-Sep-21 | Pending |
| 5450.0046-012 | XVS0011NZ | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | NZ | National stage | 779580 | 30-Aug-21 | Pending |
| 5450.0046-001 | XVS0011PCT (formerly EIC0008PCT) | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | PCT | International | PCT/US2020/023600 | 19-Mar-20 | Nat'l Phase completed/Expired |
| 5450.0046-010 | XVS0011RU | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | RU | National stage | 2021129842 | 13-Oct-21 | Lapsed by inaction |

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Duke Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|---|
| 5450.0046-000 | XVS0011US (formerly EIC0008US) | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | US | Provisional | 62/820,495 | 19-Mar-19 | Expired |
| 5450.0046-002 | XVS0011US2 | C-00001350 | DU6580 | Monoclonal Antibodies for Prevention and Treatment of Herpes Simplex Viral Infections | US | National stage | 17/440452 | 17-Sep-21 | Pending |

**Cell Lines**

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0053-000 | XVS0010US | C-00001430 | VERO ATTB CELL LINE FOR COMPLEMENTATION OF VIRUS MUTANTS | US | Provisional | 63/082,701 | 24-Sep-20 | Expired |
| 5450.0053-001 | XVS0010PCT | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | PCT | International | PCT/US2021/051947 | 24-Sep-21 | Pending |
| 5450.0053-002 | XVS0010US2 | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | US | Nonprovisional | 17/484,476 | 24-Sep-21 | Pending |
| 5450-0053-0001 | XVS0010US3 | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | US | National Stage | | | **Closed** |
| 5450-0053-0001 | XVS0010AU | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | AU | National Stage | **2021347348** | **20-Mar-23** | **Pending** |
| 5450-0053-0001 | XVS0010CA | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | CA | National Stage | **3196151** | **21-Mar-23** | **Pending** |
| 5450-0053-0001 | XVS0010CN | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | CN | National Stage | **202180078833.8** | **23-May-23** | **Pending** |
| 5450-0053-0001 | XVS0010EP | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | EP | National Stage | **21801289.6** | **27-Mar-23** | **Pending** |
| 5450-0053-0001 | XVS0010IL | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | IL | National Stage | **301482** | **19-Mar-23** | **Pending** |
| 5450-0053-0001 | XVS0010IN | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | IN | National Stage | **202317028304** | **18-Apr-23** | **Pending** |

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450-0053-0001 | XVS0010JP | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | JP | National Stage | **2023-518825** | **23-Mar-23** | **Pending** |
| 5450-0053-0001 | XVS0010KR | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | KR | National Stage | **10-2023-7013754** | **21-Apr-23** | **Pending** |
| 5450-0053-0001 | XVS0010NZ | C-00001430 | ATTB CELL LINE, TRANSGENIC CELL LINES DERIVED THEREFROM, AND METHODS OF MAKING THE SAME | NZ | National Stage | **798361** | **20-Mar-23** | **Pending** |

**Cell Lines**

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0057-000 | XVS0012US | C-00001464 | HSV GENE EXPRESSION VECTOR AND BxB1 INTEGRASE-MEDIATED RECOMBINATION SYSTEM FOR HIGH-THROUGHPUT CLONING | US | Provisional | 63/226,026 | 27-Jul-21 | Expired |
| 5450.0057-001 | XVS0012US2 | C-00001464 | HSV GENE EXPRESSION VECTOR AND BxB1 INTEGRASE-MEDIATED RECOMBINATION SYSTEM FOR HIGH-THROUGHPUT CLONING | US | Provisional | 63/392,666 | 27-Jul-22 | Pending |
| 5450.0057-001 | XVS0012PCT | C-00001464 | HSV GENE EXPRESSION VECTOR AND BxB1 INTEGRASE-MEDIATED RECOMBINATION SYSTEM FOR HIGH-THROUGHPUT CLONING | PCT | International | **PCT/US2023/071074** | **27-Jul-23** | **Pending** |

**Delta gD-1**

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0062-000 | XVS0013US | C-00001509 | HSV-1-DELTA-DD VACCINES | US | Provisional | Not Yet Available | N/A | Not yet filed |

**Delta gD-1**

| HBSR Ref. No. | CC Ref. No. | Einstein Ref. No. | Title | Country | Application Type | Application No. | Filing date | Status |
|---|---|---|---|---|---|---|---|---|
| 5450.0063-000 | XVS0014US | C-00001508 | DELTA GD-2-PLUS VIRUS AND COMPLEMENTING CELL LINES | US | Provisional | 63/352,826 | 22-Jun-22 | Pending |
| 5450.0063-000 | XVS0014US2 | C-00001508 | DELTA GD-2-PLUS VIRUS AND COMPLEMENTING CELL LINES | US | Provisional | 63/491,448 | 21-Mar-23 | Pending |
| 5450.0063-000 | XVS0014PCT | C-00001508 | DELTA GD-2-PLUS VIRUS AND COMPLEMENTING CELL LINES | US | International | PCT/US2023/068568 | 16-Jun-23 | Pending |

**A/B Schedule 60**
**X-Vax Technology, Inc.**
**Trademark Summary**

X-VAX filed a U.S. Trademark application for X-VAX and the registration has been issued.

An application for International Registration under the Madrid Protocol has also been filed for X-VAX with a priority claim to the U.S. trademark and the International Registration for X-VAX issued.

Designations for extension of protection from the International Registration have been granted into Australia, China, Japan, Norway, Russia, Singapore, Korea, Switzerland, and Turkey.

A designation for extension of protection into India has been approved and published for opposition.

Direct national applications with priority claims to the U.S. trademark were filed in the European Union, Brazil, Canada, Hong Kong and South Africa.

The applications have been registered in the European Union, the United Kingdom, Brazil, Canada, South Africa, and Hong Kong.

The registration for the logo format of X-VAX has been issued.

An application for the word mark X-VERII-O has issued.

Copies of the filings related to these registrations would be in the possession of the firm of Hamilton, Brook, Smith & Reynolds, P.C., who served as IP counsel for the trademark registrations.

**Fill in this information to identify the case:**

Debtor name   X-Vax Technology, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): 23-11906 (CTG)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____       $_____

**2.2**

Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____       $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       $_____

**Fill in this information to identify the case:**

Debtor        X-Vax Technology, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                              (State)
                          23-11906 (CTG)

Case number
(If known)      _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**  Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3**  Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    X-Vax Technology, Inc.    Case number *(if known)*  23-11906 (CTG)
          Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
Albert Einstein College of Medicine

1300 Morris Park Avenue, Belfer 1105
Bronx, NY 10461

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 486,620.00

---

**3.2**

**Nonpriority creditor's name and mailing address**
Aragen Bioscience Inc

380 Woodview Ave
Morgan Hill, CA 95037

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 5,958.52

---

**3.3**

**Nonpriority creditor's name and mailing address**
Cantor Colburn LLP

CL# 400011 P.O. Box 5046
New Britan, CT 06050

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 29, 059.07

---

**3.4**

**Nonpriority creditor's name and mailing address**
Charles River Laboratories, Inc.

251 Ballardvale St
Wilmington, MA 01887

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 650,859.60

---

**3.5**

**Nonpriority creditor's name and mailing address**
FAMIS/Texas A&M University
Sales & Receivables Dept
6000 TAMU
College Station, TX 77843

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 4,340.00

---

**3.6**

**Nonpriority creditor's name and mailing address**
Fujifilm Diosynth Biotechnologies Texas

3939 Biomedical Way
College Station, TX 77845

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 332,102.43

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.7**

**Nonpriority creditor's name and mailing address**
Gardens Pointe Professional Bldg

aka Sunnyfield South
3507 Kyoto Gardens Drive
Palm Beach Gardens, FL 33420

**Date or dates debt was incurred**          _____
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 14,754.06

---

**3.8**

**Nonpriority creditor's name and mailing address**
Goldener Westen GmbH

Frankfurter Tor 8
Berlin, 10243
Germany

**Date or dates debt was incurred**          _____
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 813.88

---

**3.9**

**Nonpriority creditor's name and mailing address**
Hamilton, Brook, Smith & Reynolds, P.C.

530 Virginia Road
Concord, MA 01742

**Date or dates debt was incurred**          _____
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,016.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
Leukocare AG
Am Klopferspitz 19
Martinsried, 82152
Germany

**Date or dates debt was incurred**          _____
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 6,915.55

---

**3.11**

**Nonpriority creditor's name and mailing address**
Smartsheet Inc.
500 108th Ave NE, Suite 200
Bellevue, WA 98004

**Date or dates debt was incurred**          _____
**Last 4 digits of account number**          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,188.00

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    X-Vax Technology, Inc.                                         Case number *(if known)* 23-11906 (CTG)
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,534,627.11 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 1,534,627.11 |

**Fill in this information to identify the case:**

Debtor name ___X-Vax Technology, Inc.___

United States Bankruptcy Court for the:_____ District of ___Delaware___
                                                                                    (State)

Case number (If known): _____23-11906 (CTG)_____    Chapter ___7___

☐ Check if this is an
    amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | See attached Schedule G |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

X-Vax Technology, Inc.                                                                    23-11906 (CTG)

## Schedule G:  Executory Contracts and Unexpired Leases

| Contract Party(ies) | Type | Termination Date |
|---|---|---|
| Albert Einstein Coll. of Medicine<br>1300 Morris Park Avenue<br>Bronx, NY 10461 | License and Research Agreement | Depending on duration of patents |
| Albert Einstein Coll. of Medicine<br>1300 Morris Park Avenue<br>Bronx, NY 10461<br><br>Duke University<br>2812 Erwin Road, Suite 406<br>Durham, NC 27705 | License Agreement | Depending on duration of patents |
| Aragen Bioscience Inc<br>380 Woodview Ave<br>Morgan Hill, CA 95037 | Personnel | 12/31/2023 |
| BrevisRefero Corporation<br>9688 Regional Rd 25<br>Milton, ON L9T 2X7<br>Canada | Consulting Agreement | 8/8/2024 |
| Calvo Clinical Sciences, LLC<br>4328 Asherton Drive<br>Charlotte, NC 28226 | Consulting Agreement | 7/1/2024 |
| Charles River Laboratories, Inc.<br>251 Ballardvale St<br>Wilmington, MA 01887<br>(includes several sites and affiliates) | Master Services Agreement, Statements of Work, as amended | Multiple |
| Diati Staffing, LLC<br>1040 N Kings Highway, Ste 625<br>Cherry Hill, NJ 08034 | Consulting Agreement | 4/27/2024 |
| Fujifilm Diosynth Biotechnologies Texas<br>3939 Biomedical Way<br>College Station, TX 77845 | Scope of Work | Multiple |
| Gardens Pointe Professional Bldg<br>aka Sunnyfield South<br>3507 Kyoto Gardens Drive<br>Palm Beach Gardens, FL 33420 | Office Lease | 9/30/2026 |
| GD Scientific & Medical Writing LLC<br>1311 Grenox Rd.<br>Wynnewood, PA 19096 | Consulting Agreement | 3/29/2025 |

X-Vax Technology, Inc.                                                                                    23-11906 (CTG)

| Contract Party(ies) | Type | Termination Date |
|---|---|---|
| Hennessey, John P.<br>1007 Stonebridge Road<br>Lower Gwynedd, PA 19002 | Consulting Agreement | 6/30/2024 |
| Herold, MD, Betsy<br>12 Pine Point Road<br>Rowayton, CT 06853 | Consulting Agreement | 1/1/2025 |
| Immuno-VAX LLC<br>7814 Exeter Rd.<br>Bethesda, MD 20814 | Consulting Agreement | 6/16/2024 |
| Jacobs, PhD, William R.<br>47 Iden Avenue<br>Pelham, NY 10803 | Consulting Agreement | 1/1/2025 |
| Leukocare AG<br>Am Klopferspitz 19<br>Martinsried, 82152<br>Germany | Development Study Agreement | |
| Magna5<br>2 Valley Square, Suite 110<br>Blue Bell, PA 19422 | Master Services Agreement, Statements of Work | |
| Matzmorr, Walter<br>610 Valley View Lane<br>Wayne, PA 19087 | Consulting Agreement | 9/1/2024 |
| Maxim Group LLC<br>300 Park Ave.<br>New York, NY 10022 | Private Placement of Securities Agreement | 12/31/2023 |
| Musey Consulting, Inc.<br>1373 Cernan Lane<br>Blue Bell, PA 19422 | Consulting Agreement | 3/10/2025 |
| NJ Biopharma Consulting, Ltd<br>66 Kenilworth Road<br>Sale, Cheshire,  M33 5DB<br>UK | Consulting Agreement | 12/7/2023 |
| Resonance Pharma Consulting LLC<br>1311 Grenox Rd.<br>Wynnewood, PA 19096 | Consulting Agreement | 7/6/2024 |
| Smartsheet Inc<br>500 108th Ave NE, Suite 200<br>Bellevue, WA 98004 | User Agreement | |

X-Vax Technology, Inc.                                                    23-11906 (CTG)

| Contract Party(ies) | Type | Termination Date |
|---|---|---|
| Tunnell Consulting<br>1235 Westlakes Drive, Suite 280<br>Berwyn, PA 19312 | Development Program Support (Consulting) | 12/31/2023 |
| ZenQMS LLC<br>40 Coulter Ave Ste 265<br>Ardmore, PA 19003 | Web Application Platform Services | |

**Fill in this information to identify the case:**

Debtor name __X-Vax Technology, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                                    (State)

Case number (If known): __23-11906 (CTG)__

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 _____ | Street _____<br><br>_____<br><br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>_____<br><br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br><br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br><br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br><br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br><br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name _____X-Vax Technology, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware__
                                          (State)

Case number (*If known*): ____23-11906 (CTG)____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/06/2023___       ✗ ___/s/ Ulf Wiinberg_____
      MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                  Ulf Wiinberg_____
                                  Printed name

                                  CEO_____
                                  Position or relationship to debtor

---