**Fill in this information to identify the case:**

Debtor name  X-Vax Technology, Inc.

United States Bankruptcy Court for the: _____  District of Delaware
(State)

Case number (If known): 23-11906 (CTG)

☒ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

1. **Gross revenue from business**

   ☒ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to Filing date | ☐ Operating a business<br>☐ Other  N/A | $ 0.00 |
   | **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other  N/A | $ 0.00 |
   | **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to 12/31/2021<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other  N/A | $ 0.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to Filing date | Interest and investment income | $ 154,809.00 |
   | **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | Interest and investment income | 119,310.00 |
   | **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to 12/31/2021<br>MM / DD / YYYY | Interest and investment income | 80,840.00 |

| Debtor | X-Vax Technology, Inc. | Case number (if known) | 23-11906 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See SOFA Schedule 3 | _____ | $_____ | ❑ Secured debt |
|  | Creditor's name | | | ❑ Unsecured loan repayments |
|  | Street | _____ | | ❑ Suppliers or vendors |
|  | | | | ❑ Services |
|  | City            State      ZIP Code | _____ | | ❑ Other _____ |
| 3.2. | | | $_____ | ❑ Secured debt |
|  | Creditor's name | | | ❑ Unsecured loan repayments |
|  | Street | | | ❑ Suppliers or vendors |
|  | | | | ❑ Services |
|  | City            State      ZIP Code | _____ | | ❑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Amended SOFA Schedule 4 | _____ | $_____ | _____ |
|  | Insider's name | | | _____ |
|  | Street | _____ | | _____ |
|  | City            State      ZIP Code | _____ | | |
|  | **Relationship to debtor** | | | |
|  | _____ | | | |
| 4.2. | | | $_____ | _____ |
|  | Insider's name | | | _____ |
|  | Street | | | _____ |
|  | City            State      ZIP Code | | | |
|  | **Relationship to debtor** | | | |
|  | _____ | | | |

| Debtor | X-Vax Technology, Inc. | Case number (if known) | 23-11906 (CTG) |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name _____ | _____ | _____ | $_____ |
| | Street _____ | _____ | | |
| | _____ | _____ | | |
| | City  State  ZIP Code | | | |
| 5.2. | Creditor's name _____ | _____ | _____ | $_____ |
| | Street _____ | _____ | | |
| | _____ | _____ | | |
| | City  State  ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name _____ | _____ | _____ | $_____ |
| Street _____ | _____ | | |
| _____ | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City  State  ZIP Code | | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | _____ | _____ | Name _____ | ☐ Pending |
| | Case number | | Street _____ | ☐ On appeal |
| | _____ | | _____ | ☐ Concluded |
| | | | City  State  ZIP Code | |
| 7.2. | Case title _____ | _____ | Court or agency's name and address _____ | ☐ Pending |
| | Case number | | Name _____ | ☐ On appeal |
| | _____ | | Street _____ | ☐ Concluded |
| | | | _____ | |
| | | | City  State  ZIP Code | |

| Debtor | X-Vax Technology, Inc. | Case number (if known) | 23-11906 (CTG) |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | _____ | |
| City          State          ZIP Code | **Case number** | Name |
| | | Street |
| | **Date of order or assignment** | |
| | _____ | City          State          ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| See SOFA Schedule 9 | | | |
| **9.1.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| **9.2.** Recipient's name | _____ | | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

Debtor    X-Vax Technology, Inc.
_____
Name

Case number *(if known)*    23-11906 (CTG)
_____

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sullivan Hazeltine Allinson LLC | | 10/30/2023 | $ 25,000.00 |
| | **Address** | | | |
| | 919 North Market Street, Suite 420 | | | |
| | Street | | | |
| | Wilmington, DE 19801 | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Sullivan & Worcester | See SOFA Schedule 11.2 | | $ 110,219.60 |
| | **Address** | | | |
| | 1633 Broadway, 32nd Floor | | | |
| | Street | | | |
| | New York, NY 10019 | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

---

| Debtor | X-Vax Technology, Inc. | Case number *(if known)* | 23-11906 (CTG) |
|---|---|---|---|
| | Name | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $ _____ |
| **Address** | _____ | | |
| Street _____ | | | |
| City _____ State _____ ZIP Code _____ | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| **Who received transfer?** | _____ | _____ | $ _____ |
| 13.2. _____ | _____ | | |
| **Address** | | | |
| Street _____ | | | |
| City _____ State _____ ZIP Code _____ | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____ To _____ |
| _____ City _____ State _____ ZIP Code | |
| 14.2. _____ Street | From _____ To _____ |
| _____ City _____ State _____ ZIP Code | |

Debtor    **X-Vax Technology, Inc.**
_____
Name

Case number *(if known)*    23-11906 (CTG)
_____

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | X-Vax Technology, Inc. | Case number (if known) | 23-11906 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ Street _____ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____ Street _____ City  State  ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ Street _____ City  State  ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See SOFA Schedule 20 Name _____ Street _____ City  State  ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

---

| | |
|---|---|
| Debtor  X-Vax Technology, Inc. | Case number *(if known)*  23-11906 (CTG) |
| Name | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City            State            ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City            State            ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City            State            ZIP Code | City            State            ZIP Code | | |

---

Debtor    X-Vax Technology, Inc.
          _____
          Name

Case number (if known)_____
                       23-11906 (CTG)

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____    To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____    To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____    To _____ |

---

| Debtor | X-Vax Technology, Inc. | Case number (if known) | 23-11906 (CTG) |
|---|---|---|---|
| | Name | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **See SOFA Schedule 26a** <br> Name <br><br> Street <br><br> City                    State                    ZIP Code | From _____    To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. <br> Name <br><br> Street <br><br> City                    State                    ZIP Code | From _____    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Ernst & Young US LLP** <br> Name <br> **200 Plaza Drive** <br> Street <br> **Secaucus, NJ 07094** <br> City                    State                    ZIP Code | From 2020    To 2023 |

| Name and address | Dates of service |
|---|---|
| 26b.2. **Ernst & Young US LLP** <br> Name <br> **5100 Town Center Cir., Suite 500** <br> Street <br> **Boca Raton, FL 33486** <br> City                    State                    ZIP Code | From 2020    To 2023 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Same as 26a.** <br> Name <br><br> Street <br><br> City                    State                    ZIP Code | _____ <br> _____ <br> _____ |

Debtor    X-Vax Technology, Inc.
_____
          Name

Case number (if known)    23-11906 (CTG)
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. _____<br>Name    All investors provided with an electronic link to annual financial statements and audit reports.<br>_____<br>Street<br>_____<br>City                State        ZIP Code |

| Name and address |
|---|
| 26d.2. _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name<br>_____<br>Street<br>_____<br>City                State        ZIP Code |

Debtor      X-Vax Technology, Inc.                                    Case number (if known)    23-11906 (CTG)
            _____                                                    _____
            Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.  _____
       Name

       _____
       Street

       _____
       City                          State      ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See SOFA Schedule 28 | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No.
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See SOFA Schedule 29 | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No.
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See SOFA Schedule 4 | | | |
| Name | _____ | _____ | _____ |
| Street | | | |
| _____ | | _____ | |
| City          State     ZIP Code | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

| Debtor | X-Vax Technology, Inc. | Case number *(if known)* | 23-11906 (CTG) |
|---|---|---|---|
| | Name | | |

---

|  | **Name and address of recipient** | | | |
|---|---|---|---|---|
| 30.2 | | _____ | _____ | _____ |
| | Name | | _____ | |
| | Street | | _____ | |
| | | | | |
| | City                    State          ZIP Code | | _____ | |
| | **Relationship to debtor** | | _____ | |
| | | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/12/2023
_____
MM  /  DD  /  YYYY

✖ ___*Ulf Wiinberg*___                          Printed name    Ulf Wiinberg
────DocuSigned by:────
   8AE9BB9F5801407
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

| | SOFA Schedule 3 90-Day Payments | | |
|---|---|---|---|
| **Date** | **Name** | **Memo/Description** | **Amount** |
| 08/24/2023 | IRS | Payroll Taxes | $27,852.36 |
| 08/24/2023 | FICA | Payroll Taxes | $2,790.02 |
| 08/24/2023 | Medicare | Payroll Taxes | $2,930.40 |
| 08/24/2023 | Medicare - Hospital Insurance | Payroll Taxes | $565.20 |
| 08/24/2023 | Colorado Department of Revenue | Payroll Taxes | $327.05 |
| 08/24/2023 | North Carolina Department of Revenue | Payroll Taxes | $292.00 |
| 08/24/2023 | Pennsylvania Department of Revenue | Payroll Taxes | $483.53 |
| 08/24/2023 | City of Philadelphia | Payroll Taxes | $590.63 |
| 08/24/2023 | Eggert, Andreas | Salary | $27,470.67 |
| 08/24/2023 | Kahn, Clare | Salary | $8,147.47 |
| 08/24/2023 | Perez, Dana | Salary | $6,984.50 |
| 08/24/2023 | Rueger, Kayley E | Salary | $5,301.03 |
| 08/24/2023 | Wada, Nami | Salary | $5,336.08 |
| 08/24/2023 | Wiinberg, Ulf | Salary | $31,220.12 |
| 08/24/2023 | Wolf III, Donald H | Salary | $17,217.16 |
| 08/24/2023 | ADP | ADP Pay by Pay Insurance | $241.23 |
| 08/24/2023 | Philimmune LLC | Consulting | $36,100.00 |
| 08/31/2023 | Cision | Annual fee; public relations | $249.00 |
| 08/31/2023 | Interphase/Magna5 | IT services | $1,303.70 |
| 08/31/2023 | Tunnell Consulting | Consulting | $190,165.50 |
| 08/31/2023 | Charles River | Product development; research | $275,819.40 |
| 08/31/2023 | Aragen Bioscience Inc | Product development | $44,880.00 |
| 08/31/2023 | PNC Bank | Bank fees | $1,012.24 |
| 08/31/2023 | NJ Biopharma Consulting Ltd | CMC, analytical consulting | $22,360.00 |
| 09/01/2023 | ADP | Payroll | $240.90 |
| 09/03/2023 | Intuit Quickbooks Online | Bookkeeping | $90.00 |
| 09/05/2023 | Sunnyfield South LLC | Office rent | $7,132.07 |

| Date | Name | Memo/Description | Amount |
|---|---|---|---|
| 09/14/2023 | Andreas Eggert | ICHRA | $1,000.00 |
| 09/14/2023 | Nami Wada | ICHRA | $629.17 |
| 09/14/2023 | Ulf Wiinberg | ICHRA | $1,753.42 |
| 09/14/2023 | Dana Perez | ICHRA | $2,000.00 |
| 09/14/2023 | Donald "Kip" Wolf III | ICHRA | $2,066.72 |
| 09/14/2023 | Kayley Rueger | ICHRA | $322.31 |
| 09/19/2023 | GD Scientific & Medical Writing LLC | Consulting; medical writing | $3,600.00 |
| 09/19/2023 | FUJIFILM | Development and manufacturing | $77,380.51 |
| 09/19/2023 | Donald "Kip" Wolf III | Expense reimbursement | $1,412.47 |
| 09/19/2023 | Dana Perez | Expense reimbursement | $209.99 |
| 09/19/2023 | Cantor Colburn LLP | Patent services | $23,544.15 |
| 09/19/2023 | Aragen Bioscience Inc | Product development | $45,737.41 |
| 09/19/2023 | ImmunoVAX LLC | Consulting | $1,275.00 |
| 09/19/2023 | Charles River | Product development; research | $59,940.00 |
| 09/19/2023 | Resonance Pharma Consulting LLC | Consulting; medical writing | $12,900.00 |
| 09/19/2023 | Philimmune LLC | Consulting | $36,100.00 |
| 09/19/2023 | Musey Consulting, Inc. | Clinical Consulting | $8,400.00 |
| 09/19/2023 | John Hennesey | Analytical development consulting | $6,930.00 |
| 09/22/2023 | Betsy Herold | Research consulting | $25,000.00 |
| 09/22/2023 | William R. Jacobs | Research consulting | $25,000.00 |
| 09/22/2023 | Eggert, Andreas | Salary | $27,470.67 |
| 09/22/2023 | Kahn, Clare | Salary | $8,064.21 |
| 09/22/2023 | Perez, Dana | Salary | $6,984.52 |
| 09/22/2023 | Rueger, Kayley E | Salary | $5,301.03 |
| 09/22/2023 | Wada, Nami | Salary | $5,336.09 |
| 09/22/2023 | Wiinberg, Ulf | Salary | $31,220.13 |
| 09/22/2023 | Wolf III, Donald H | Salary | $17,217.16 |
| 09/22/2023 | ADP | ADP Pay by Pay Insurance | $241.23 |

| Date | Name | Memo/Description | Amount |
|------|------|------------------|--------|
| 09/22/2023 | ADP Fees | ADP Fees State Payroll filing fees | $103.70 |
| 09/22/2023 | IRS | Payroll Taxes | $27,852.36 |
| 09/22/2023 | FICA | Payroll Taxes | $2,790.00 |
| 09/22/2023 | Medicare | Payroll Taxes | $2,930.41 |
| 09/22/2023 | Medicare - Hospital Insurance | Payroll Taxes | $648.43 |
| 09/22/2023 | Colorado Department of Revenue | Payroll Taxes | $327.05 |
| 09/22/2023 | North Carolina Department of Revenue | Payroll Taxes | $292.00 |
| 09/22/2023 | Pennsylvania Department of Revenue | Payroll Taxes | $483.53 |
| 09/22/2023 | City of Philadelphia | Payroll Taxes | $590.63 |
| 09/24/2023 | Comcast | Cable | $284.26 |
| 09/30/2023 | ADP | Payroll | $240.90 |
| 09/30/2023 | PNC Bank | Bank fees | $999.76 |
| 10/02/2023 | NJ Biopharma Consulting Ltd | CMC, analytical consulting | $42,900.00 |
| 10/03/2023 | GD Scientific & Medical Writing LLC | Consulting | $542.53 |
| 10/03/2023 | Intuit Quickbooks Online | Bookkeeping | $90.00 |
| 10/03/2023 | Tunnell Consulting | Consulting | $226,185.65 |
| 10/03/2023 | Hamilton, Brook, Smith & Reynolds, P.C. | Trademark services | $2,184.00 |
| 10/03/2023 | Ulf Wiinberg | Expense reimbursement | $5,351.54 |
| 10/03/2023 | Andreas Eggert | Expense reimbursement | $5,959.74 |
| 10/03/2023 | Cantor Colburn LLP | Patent services | $13,418.44 |
| 10/04/2023 | BrevisRefero Corporation | Analyitical Developent Consulting | $9,900.00 |
| 10/06/2023 | Sunnyfield South LLC | Office rent | $7,377.03 |
| 10/10/2023 | Walter Matzmorr | Consulting | $7,200.00 |
| 10/10/2023 | Andreas Eggert | German Payroll Taxes | $3,365.03 |
| 10/10/2023 | BrevisRefero Corporation | Consulting | $9,300.00 |
| 10/10/2023 | Sullivan & Worcester | Legal services; corporate counsel | $25,707.60 |

| Date | Name | Memo/Description | Amount |
|------|------|------------------|-------:|
| 10/10/2023 | Resonance Pharma Consulting LLC | Consulting; medical writing | $9,900.00 |
| 10/10/2023 | Nami Wada | Expense reimbursement | $1,042.88 |
| 10/10/2023 | Musey Consulting, Inc. | Clinical Consulting | $10,800.00 |
| 10/10/2023 | Michael Schwartz | Clinical Consulting | $2,790.00 |
| 10/10/2023 | NJ Biopharma Consulting Ltd | CMC, Analytical Consutling | $46,149.68 |
| 10/10/2023 | GD Scientific & Medical Writing LLC | Consulting | $7,050.00 |
| 10/10/2023 | Donald "Kip" Wolf III | Expense reimbursement | $2,543.34 |
| 10/10/2023 | Kayley Rueger | Expense reimbursement | $1,081.35 |
| 10/13/2023 | Donald "Kip" Wolf III | ICHRA | $2,066.72 |
| 10/13/2023 | Donald "Kip" Wolf III | Expense reimbursement | $1,491.01 |
| 10/13/2023 | Tunnell Consulting | Consulting | $190,137.07 |
| 10/13/2023 | Diati Staffing, LLC | Regulatory consulting | $2,902.50 |
| 10/13/2023 | Nami Wada | ICHRA | $629.17 |
| 10/13/2023 | Dana Perez | ICHRA | $2,000.00 |
| 10/13/2023 | Kayley Rueger | ICHRA | $322.31 |
| 10/13/2023 | Ulf Wiinberg | ICHRA | $1,753.42 |
| 10/13/2023 | Andreas Eggert | ICHRA | $1,000.00 |
| 10/19/2023 | New Jersey Dept of Revenue | NJ State 2023 tax return | $550.00 |
| 10/19/2023 | NC Department of Revenue | NC State 2023 tax return | $217.00 |
| 10/20/2023 | ADP | ADP State Fees | $53.70 |
| 10/24/2023 | Philimmune LLC | Consulting | $36,100.00 |
| 10/24/2023 | Comcast | Cable | $284.25 |
| 10/24/2023 | Interphase/Magna5 | IT services | $1,328.00 |
| 10/24/2023 | Aragen Bioscience Inc | Product development | $46,225.40 |
| 10/25/2023 | Eggert, Andreas | Salary | $27,470.67 |

| Date | Name | Memo/Description | Amount |
|------|------|------------------|--------|
| 10/25/2023 | Kahn, Clare | Salary | $8,005.72 |
| 10/25/2023 | Perez, Dana | Salary | $6,984.51 |
| 10/25/2023 | Rueger, Kayley E | Salary | $5,301.04 |
| 10/25/2023 | Wada, Nami | Salary | $5,336.09 |
| 10/25/2023 | Wiinberg, Ulf | Salary | $31,220.13 |
| 10/25/2023 | Wolf III, Donald H | Salary | $17,217.17 |
| 10/25/2023 | ADP | ADP Pay by Pay Insurance | $241.23 |
| 10/25/2023 | IRS | Payroll Taxes | $27,852.36 |
| 10/25/2023 | FICA | Payroll Taxes | $2,790.01 |
| 10/25/2023 | Medicare | Payroll Taxes | $2,930.38 |
| 10/25/2023 | Medicare - Hospital Insurance | Payroll Taxes | $706.93 |
| 10/25/2023 | Colorado Department of Revenue | Payroll Taxes | $327.05 |
| 10/25/2023 | North Carolina Department of Revenue | Payroll Taxes | $292.00 |
| 10/25/2023 | Pennsylvania Department of Revenue | Payroll Taxes | $483.53 |
| 10/25/2023 | City of Philadelphia | Payroll Taxes | $590.63 |
| 10/30/2023 | Aragen Bioscience Inc | Product development | $44,880.00 |
| 10/30/2023 | 1Source Partners | Tax services | $7,000.00 |
| 10/30/2023 | Andreas Eggert | Payroll taxes Germany; expenses | $1,323.66 |
| 10/31/2023 | PNC Bank | Bank fees | $885.29 |
| 10/31/2023 | PNC Bank | Interest Income | $8,578.36 |
| 11/03/2023 | Intuit Quickbooks Online | Bookkeeping | $90.00 |
| 11/03/2023 | ADP | ADP Payroll, HR, Workers Comp fees | $240.90 |
| 11/06/2023 | John Hennesey | Analyitical development consulting | $7,000.00 |
| 11/06/2023 | NJ Biopharma Consulting Ltd | CMC, analytical consulting | $18,980.00 |
| 11/06/2023 | Resonance Pharma Consulting LLC | Consulting; medical writing | $750.00 |
| 11/06/2023 | Sullivan & Worcester | Legal services; corporate counsel | $9,360.00 |

| Date | Name | Memo/Description | Amount |
|------|------|-----------------|--------|
| 11/06/2023 | Tunnell Consulting | Consulting | $59,165.50 |
| 11/06/2023 | GD Scientific & Medical Writing LLC | Consulting; medical writing | $1,050.00 |
| 11/06/2023 | Aragen Bioscience Inc | Product development | $1,551.86 |
| 11/06/2023 | FedEx | Shipping | $437.40 |
| 11/06/2023 | Diati Staffing, LLC | Regulatory consulting | $4,792.50 |
| 11/06/2023 | Marsh & McLennan Agency | D&O insurance | $235,000.00 |
| 11/08/2023 | IRS | Payroll Taxes for Severance Pay | $3,464.57 |
| 11/08/2023 | FICA | Payroll Taxes for Severance Pay | $2,635.00 |
| 11/08/2023 | Medicare | Payroll Taxes for Severance Pay | $616.24 |
| 11/08/2023 | Colorado Department of Revenue | Payroll Taxes for Severance Pay | $617.73 |
| 11/08/2023 | North Carolina Department of Revenue | Payroll Taxes for Severance Pay | $345.00 |
| 11/08/2023 | Kayley Rueger | Severance Pay | $9,147.33 |
| 11/08/2023 | Nami Wada | Severance Pay | $6,049.73 |
| 11/08/2023 | ADP | ADP Pay by Pay Insurance | $62.51 |
| 11/08/2023 | Kayley Rueger | ICHRA | $397.52 |
| 11/08/2023 | Nami Wada | ICHRA | $775.98 |
| 11/10/2023 | ADP | ADP payroll fees pay date 11.08.2023 | $280.78 |
| 11/11/2023 | J Craciun | Deposit ; receivable for overpayment | $3,367.92 |
| 11/14/2023 | Donald "Kip" Wolf III | ICHRA | $2,066.72 |
| 11/14/2023 | Philimmune LLC | ICHRA | $36,100.00 |
| 11/14/2023 | Andreas Eggert | ICHRA | $1,000.00 |
| 11/14/2023 | Ulf Wiinberg | ICHRA | $1,753.42 |
| 11/14/2023 | ADP | ADP Pay by Pay Insurance | $308.98 |
| 11/14/2023 | Eggert, Andreas | Salary | $27,470.67 |
| 11/14/2023 | Kahn, Clare | Salary | $8,005.71 |
| 11/14/2023 | Perez, Dana | Salary | $20,864.58 |

| Date | Name | Memo/Description | Amount |
|------|------|-----------------|--------|
| 11/14/2023 | Wiinberg, Ulf | Salary | $31,220.13 |
| 11/14/2023 | Wolf III, Donald H | Salary | $51,123.74 |
| 11/14/2023 | IRS | Payroll Taxes | $48,073.59 |
| 11/14/2023 | FICA | Payroll Taxes | $3,575.88 |
| 11/14/2023 | Medicare | Payroll Taxes | $4,625.80 |
| 11/14/2023 | Medicare - Hospital Insurance | Payroll Taxes | $1,176.04 |
| 11/14/2023 | PA Division of Revenue | Payroll Taxes | $483.53 |
| 11/14/2023 | City of Philadelphia | Payroll Taxes | $590.63 |
| 11/14/2023 | Dana Perez | ICHRA | $2,000.00 |
| 11/15/2023 | Diati Staffing, LLC | Regulatory consulting | $270.00 |
| 11/15/2023 | Interphase/Magna5 | IT services | $979.70 |
| 11/15/2023 | NJ Biopharma Consulting Ltd | CMC, Analytical Consulting | $5,200.00 |
| 11/15/2023 | Andreas Eggert | Payroll taxes Germany; expenses | $1,163.52 |
| 11/15/2023 | Sullivan & Worcester | Legal services; corporate counsel | $39,244.00 |
| 11/15/2023 | Aragen Bioscience Inc | Product development | $89,760.00 |
| 11/15/2023 | Tunnell Consulting | Consulting | $5,200.00 |
| 11/21/2023 | Aragen Bioscience Inc | Product development | $18,000.00 |
| 11/22/2023 | IRS | Payroll Taxes | $81,418.39 |
| 11/22/2023 | FICA | Payroll Taxes | $620.00 |
| 11/22/2023 | Medicare | Payroll Taxes | $4,834.40 |
| 11/22/2023 | Medicare - Hospital Insurance | Payroll Taxes | $1,455.33 |
| 11/22/2023 | PA Division of Revenue | Payroll Taxes | $1,321.64 |
| 11/22/2023 | City of Philadelphia | Payroll Taxes | $1,614.38 |
| 11/22/2023 | ADP | ADP Pay by Pay Insurance | $413.67 |
| 11/22/2023 | Eggert, Andreas | Severance Pay | $64,641.32 |
| 11/22/2023 | Kahn, Clare | Severance Pay | $21,882.31 |

| Date | Name | Memo/Description | Amount |
|------|------|------------------|--------|
| 11/22/2023 | Perez, Dana | Severance Pay | $3,617.50 |
| 11/22/2023 | Wiinberg, Ulf | Severance Pay | $75,126.70 |
| 11/22/2023 | Wolf III, Donald H | Severance Pay | $4,739.04 |
| 11/22/2023 | ADP | ADP payroll fees | $235.37 |
| | | **Total** | **$3,295,140.32** |
| | | | |

**SOFA Schedule 4**

| Check Date | Name | Amt Pd. | Description |
|---|---|---|---|
| 11/25/2022 | Abraham, Katalin | $18,921.08 | Net Pay Salary |
| 11/30/2023 | Abraham, Katalin | $1,501.03 | Expense reimbursement |
| 12/23/2022 | Abraham, Katalin | $18,921.08 | Net Pay Salary |
| 1/13/2023 | Abraham, Katalin | $1,397.21 | Expense reimbursement |
| 1/25/2023 | Abraham, Katalin | $17,702.16 | Net Pay Salary |
| 2/9/2023 | Abraham, Katalin | $27,932.33 | Net Pay  Bonus |
| 2/24/2023 | Abraham, Katalin | $18,504.78 | Net Pay Salary |
| 2/24/2023 | Abraham, Katalin | $1,342.37 | Expense reimbursement |
| 2/24/2023 | Abraham, Katalin | $1,102.62 | January Incremental Raise |
| 3/15/2023 | Abraham, Katalin | $1,397.21 | Expense reimbursement |
| 3/24/2023 | Abraham, Katalin | $18,504.78 | Net Pay Salary |
| 4/14/2023 | Abraham, Katalin | $28,121.48 | Net Pay  Bonus |
| 4/14/2023 | Abraham, Katalin | $1,397.21 | Expense reimbursement |
| 4/14/2023 | Abraham, Katalin | $588.45 | Expense reimbursement |
| 4/25/2023 | Abraham, Katalin | $20,132.27 | Net Pay Salary |
| 5/12/2023 | Abraham, Katalin | $1,397.21 | Expense reimbursement |
| 5/18/2023 | Abraham, Katalin | $1,360.66 | Expense reimbursement |
| 5/25/2023 | Abraham, Katalin | $19,991.66 | Net Pay Salary |
| 6/6/2023 | Abraham, Katalin | $2,970.78 | Expense reimbursement |
| 6/23/2023 | Abraham, Katalin | $19,896.02 | Net Pay Bonus |
| 11/25/2022 | Eggert, Andreas | $26,249.54 | Net Pay Salary |
| 11/30/2022 | Eggert, Andreas | $6,708.62 | Expense reimbursement |
| 12/23/2022 | Eggert, Andreas | $26,249.54 | Net Pay Salary |
| 01/13/2023 | Eggert, Andreas | $1,000.00 | Expense reimbursement |
| 01/18/2023 | Eggert, Andreas | $1,559.78 | Expense reimbursement |
| 1/25/2023 | Eggert, Andreas | $26,430.67 | Net Pay Salary |
| 2/9/2023 | Eggert, Andreas | $56,160.00 | Net Pay  Bonus |
| 02/24/2023 | Eggert, Andreas | $8,686.59 | Expense reimbursement |
| 2/24/2023 | Eggert, Andreas | $27,470.67 | Net Pay Salary |
| 2/24/2023 | Eggert, Andreas | $1,600.00 | January Incremental Raise |
| 03/15/2023 | Eggert, Andreas | $1,000.00 | Expense reimbursement |
| 3/24/2023 | Eggert, Andreas | $27,470.67 | Net Pay Salary |
| 4/14/2023 | Eggert, Andreas | $1,000.00 | Expense reimbursement |
| 04/14/2023 | Eggert, Andreas | $7,650.00 | Reimbursement/credit |
| 4/14/2023 | Eggert, Andreas | $52,142.12 | Net Pay  Bonus |
| 4/25/2023 | Eggert, Andreas | $27,470.67 | Net Pay Salary |
| 05/12/2023 | Eggert, Andreas | $1,000.00 | Expense reimbursement |
| 5/25/2023 | Eggert, Andreas | $27,470.67 | Net Pay Salary |
| 06/06/2023 | Eggert, Andreas | $3,546.42 | Expense reimbursement |
| 06/12/2023 | Eggert, Andreas | $10,339.10 | Expense reimbursement |
| 06/13/2023 | Eggert, Andreas | $1,000.00 | Expense reimbursement |
| 6/23/2023 | Eggert, Andreas | $27,470.67 | Net Pay Salary |
| 07/13/2023 | Eggert, Andreas | $1,000.00 | Expense reimbursement |
| 7/25/2023 | Eggert, Andreas | $27,470.67 | Net Pay Salary |
| 08/12/2023 | Eggert, Andreas | $1,000.00 | Expense reimbursement |

## SOFA Schedule 4

| Check Date | Name | Amt Pd. | Description |
|---|---|---|---|
| 08/14/2023 | Eggert, Andreas | $4,861.57 | Expense reimbursement |
| 8/25/2023 | Eggert, Andreas | $27,470.67 | Net Pay Salary |
| 09/14/2023 | Eggert, Andreas | $1,000.00 | Expense reimbursement |
| 9/22/2023 | Eggert, Andreas | $27,470.67 | Net Pay Salary |
| 10/3/2023 | Eggert, Andreas | $5,959.74 | Expense reimbursement |
| 10/10/2023 | Eggert, Andreas | $3,365.03 | Expense reimbursement |
| 10/13/2023 | Eggert, Andreas | $1,000.00 | Expense reimbursement |
| 10/25/2023 | Eggert, Andreas | $27,470.67 | Net Pay Salary |
| 10/30/2023 | Eggert, Andreas | $1,323.66 | Expense reimbursement |
| 11/14/2023 | Eggert, Andreas | $1,000.00 | Expense reimbursement |
| 11/14/2023 | Eggert, Andreas | $27,470.67 | Net Pay Salary |
| 11/15/2023 | Eggert, Andreas | $1,163.52 | Expense reimbursement |
| 11/22/2023 | Eggert, Andreas | $64,641.32 | Severance |
| 11/25/2022 | Kahn, Clare | $7,618.50 | Net Pay Salary |
| 12/23/2022 | Kahn, Clare | $7,618.50 | Net Pay Salary |
| 01/18/2023 | Kahn, Clare | $3,515.54 | Expense reimbursement |
| 1/25/2023 | Kahn, Clare | $6,823.50 | Net Pay Salary |
| 2/9/2023 | Kahn, Clare | $21,427.86 | Net Pay  Bonus |
| 2/24/2023 | Kahn, Clare | $7,164.67 | Net Pay Salary |
| 2/24/2023 | Kahn, Clare | $341.16 | January Incremental Raise |
| 3/24/2023 | Kahn, Clare | $7,164.67 | Net Pay Salary |
| 4/14/2023 | Kahn, Clare | $15,352.86 | Net Pay  Bonus |
| 4/25/2023 | Kahn, Clare | $7,164.67 | Net Pay Salary |
| 5/25/2023 | Kahn, Clare | $7,164.66 | Net Pay Salary |
| 06/12/2023 | Kahn, Clare | $3,469.00 | Expense reimbursement |
| 6/23/2023 | Kahn, Clare | $7,276.27 | Net Pay Salary |
| 7/25/2023 | Kahn, Clare | $8,147.46 | Net Pay Salary |
| 8/25/2023 | Kahn, Clare | $8,147.47 | Net Pay Salary |
| 9/22/2023 | Kahn, Clare | $8,064.21 | Net Pay Salary |
| 10/25/2023 | Kahn, Clare | $8,005.72 | Net Pay Salary |
| 11/14/2023 | Kahn, Clare | $8,005.71 | Net Pay Salary |
| 11/22/2023 | Kahn, Clare | $21,882.31 | Severance |
| 11/25/2022 | Wiinberg, Ulf | $30,857.88 | Net Pay Salary |
| 11/30/2022 | Wiinberg, Ulf | $4,010.44 | Expense reimbursement |
| 12/23/2022 | Wiinberg, Ulf | $30,857.88 | Net Pay Salary |
| 01/13/2023 | Wiinberg, Ulf | $1,753.42 | Expense reimbursement |
| 1/25/2023 | Wiinberg, Ulf | $29,011.79 | Net Pay Salary |
| 02/24/2023 | Wiinberg, Ulf | $3,156.41 | Expense reimbursement |
| 2/24/2023 | Wiinberg, Ulf | $29,011.79 | Net Pay Salary |
| 2/28/2023 | Wiinberg, Ulf | $78,393.61 | Net Pay  Bonus |
| 03/15/2023 | Wiinberg, Ulf | $1,753.42 | Expense reimbursement |
| 3/24/2023 | Wiinberg, Ulf | $31,220.14 | Net Pay Salary |
| 4/14/2023 | Wiinberg, Ulf | $82,109.33 | Net Pay  Bonus |
| 04/14/2023 | Wiinberg, Ulf | $1,332.54 | Expense reimbursement |

**SOFA Schedule 4**

| Check Date | Name | Amt Pd. | Description |
|---|---|---|---|
| 04/14/2023 | Wiinberg, Ulf | $1,753.42 | Expense reimbursement |
| 4/25/2023 | Wiinberg, Ulf | $31,220.13 | Net Pay Salary |
| 05/12/2023 | Wiinberg, Ulf | $1,753.42 | Expense reimbursement |
| 5/25/2023 | Wiinberg, Ulf | $31,220.13 | Net Pay Salary |
| 06/13/2023 | Wiinberg, Ulf | $1,753.42 | Expense reimbursement |
| 6/23/2023 | Wiinberg, Ulf | $31,220.13 | Net Pay Salary |
| 07/13/2023 | Wiinberg, Ulf | $1,753.42 | Expense reimbursement |
| 7/25/2023 | Wiinberg, Ulf | $31,220.14 | Net Pay Salary |
| 08/12/2023 | Wiinberg, Ulf | $1,753.42 | Expense reimbursement |
| 8/25/2023 | Wiinberg, Ulf | $31,220.12 | Net Pay Salary |
| 09/14/2023 | Wiinberg, Ulf | $1,753.42 | Expense reimbursement |
| 9/22/2023 | Wiinberg, Ulf | $31,220.13 | Net Pay Salary |
| 10/3/2023 | Wiinberg, Ulf | $5,351.54 | Expense reimbursement |
| 10/13/2023 | Wiinberg, Ulf | $1,753.42 | Expense reimbursement |
| 10/25/2023 | Wiinberg, Ulf | $31,220.13 | Net Pay Salary |
| 11/14/2023 | Wiinberg, Ulf | $31,220.13 | Net Pay Salary |
| 11/14/2023 | Wiinberg, Ulf | $1,753.42 | Expense reimbursement |
| 11/22/2023 | Wiinberg, Ulf | $75,126.70 | Severance |

**SOFA Schedule 9**
**Gifts**

March 31, 2022:  $5,000 to Albert Einstein College of Medicine, Bronx, NY
June 16, 2022:  $5,000 to Albert Einstein College of Medicine, Bronx, NY
September 29, 2022:  $90,000 to Albert Einstein College of Medicine, Bronx, NY
November 3, 2022:  $10,000 to Albert Einstein College of Medicine, Bronx, NY

**SOFA Schedule 11.2**
**X-Vax Technology, Inc.**
**Payments Made to Sullivan & Worcester**
**November 2022 - November 2023**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/18/2023 | Legal services | | $11,528.00 |
| 02/15/2023 | Legal services | | $1,800.00 |
| 04/18/2023 | Legal services | | $12,582.00 |
| 05/26/2023 | Legal services | | $1,662.00 |
| 07/13/2023 | Legal services | | $3,422.00 |
| 07/26/2023 | Legal services | | $4,914.00 |
| 10/10/2023 | Legal services | | $25,707.60 |
| 11/06/2023 | Legal services | | $9,360.00 |
| 11/15/2023 | Legal services | | $39,244.00 |
| | | **Total** | **$110,219.60** |

**SOFA Schedule 20**
**Off-premises Storage**

| <u>Location</u> | <u>Property Stored</u> |
|---|---|
| Albert Einstein College of Medicine<br>1301 Morris Park Ave.<br>Bronx, NY 10461 | Samples of vaccine candidate and cell lines |
| Aragen Bioscience, Inc<br>260 Cochrane Circle<br>Morgan Hill, CA 95037 | Reagents and work product in support of product development |
| Charles River Laboratories, Inc.<br>54943 North Main Street<br>Mattawan, MI 49071 | Materials for nonclinical studies |
| Charles River Laboratories, Inc.<br>6995 Longley Lane<br>Reno, NV 89511 | Reagents and work product in support of analytical development; test samples related to nonclinical studies |
| Charles River Laboratories, Inc.<br>Biologics Testing Division<br>358 Technology Drive<br>Malvern, PA, US, 19355 | Reagents and work product in support of analytical development |
| Charles River Laboratories, Inc.<br>935 Horsham Road, Suite A<br>Horsham, PA 19044 | Primary storage facility for company; samples of vaccine candidate and cell lines |
| Fujifilm Diosynth Biotechnologies<br>100 Discovery Drive<br>College Station, TX 77845 | Reagents and work product related to development manufacturing runs |
| Leucocare AG<br>Am Klopferspitz 19<br>Martinsried, 82152<br>Germany | Reagents, cell materials, and work product related to formulation development studies |
| Texas A&M University<br>Reynolds Medical Building Room 440<br>206 Olsen Blvd.<br>College Station, TX 77843-4467 | Reagents and work product for testing |

**SOFA Schedule 26a**
**Accountants and Bookkeepers**

| <u>Name & Address</u> | <u>Dates of Service</u> |
|---|---|
| 1Source Partners<br>701 S. Howard Ave, Ste 203<br>Tampa, FL 33605 | 04/01/2023 - 11/22/2023 |
| Perez, Dana E.<br>2335 Bellarosa Circle<br>Royal Palm Beach, FL 33411 | 10/15/2020 – 11/22/2023<br>(employee & prior consultant) |
| Schanel & Associates PA & CPA<br>4600 Military Trail Ste 215<br>Jupiter, FL 33458 | 10/01/2018 – 02/01/2023 |

**SOFA Schedule 28**
**X-Vax Technology, Inc.**
**Officers & Directors**

| Name | Address | City | State | ZIP | Country |
|---|---|---|---|---|---|
| **Officers** | | | | | |
| Ulf Wiinberg, President & CEO | 1660 S Highway A1A, Unit 132 | Jupiter | FL | 33477 | USA |
| Andreas Eggert, Chief Operating Officer | Am Zirkus 18, Apt. 5.08A | Berlin | | 10117 | Germany |
| Clare Kahn, R&D Strategy Officer | 1901 Walnut Street, Apt. 1804 | Philadelphia | PA | 19103 | USA |
| | | | | | |
| **Directors** | | | | | |
| Ian Clark (Chairman) | 2380 Thornsberry Road | Sonoma | CA | 95476 | USA |
| Glenn Rockman | c/o Adjuvant Capital, 500 5th Ave, Ste 5120 | New York | NY | 10110 | USA |

**SOFA Schedule 29**
**Former Officers & Directors**

| <u>Name & Address</u> | <u>Dates of Service</u> |
|---|---|
| <u>Officers</u> | |
| Katalin Abraham<br>190 Fawn Drive<br>Harleysville, PA 19438-2735 | 6/2020 – 5/2023 |
| <u>Directors</u> | |
| Isaac Blech<br>3171 Route 9 North, #335<br>Old Bridge, NJ 08857 | 12/2015 – 10/2023 |
| Brian D. Finn<br>38 Evans Drive<br>Brookville, NY 11545 | 9/2016 – 10/2023 |
| William A. Haseltine, PhD<br>1016 Fifth Ave, Suite 11A<br>New York, NY 10028 | 12/2015 – 10/2023 |
| Robert R. Ruffolo, PhD<br>725 Pughtown Road<br>Spring City, PA 19475 | 8/2016 – 10/2023 |
| Matthew R. Stober<br>c/o Abzena Holdings (US) LLC<br>6325 Lusk Blvd.<br>San Diego, CA 92121 | 2/2017 – 10/2023 |